# EXHIBITS 1 - 9

## Attached to Complaint

1.   Summary proof of Patent 6011991   Pg 31

2.   Summary proof of Patent 6506148   Pg 32

3.   Illustration of Active Denial Systems ( pain without injury )   Pg 33

4.   Plaintiffs letter to the Presidential Commission on Bio Ethical Issues.   Pg 34-37

5.   Mailed signature Receipt from  offices or mailroom of the Presidential

     Commission on Bio Ethical Issues.   Pg 38

6.   Claim sent to NASA and The Department of Defense mailed on

     February 7, 2014.   Pg 39-46 and 51-54

7.   Letter sent and  response to letter  from The Department of Homeland

     Security. NSA , NASA Glenn research Center, did not respond.   Pg 55-69

8.   NASA Inspector General Audit Report June 13, 2013 Report NO.

     IG-13-016 (Assignment No. A-12-024-00) pages 9, 23, 27 of said report.   Pg 70-72

9.   Proof of Receipts of mailings.   Pg 73-74

30

— Exhibit
Pg 31   (1 pg.)



US006011991A

# United States Patent [19]

## Mardirossian

| [11] | Patent Number: | 6,011,991 |
|---|---|---|
| [45] | Date of Patent: | Jan. 4, 2000 |

[54] **COMMUNICATION SYSTEM AND METHOD INCLUDING BRAIN WAVE ANALYSIS AND/ OR USE OF BRAIN ACTIVITY**

[75] Inventor: **Aris Mardirossian**, Germantown, Md.

[73] Assignee: **Technology Patents, LLC.** Derwood, Md.

[21] Appl. No.: **09/206,365**

[22] Filed: **Dec. 7, 1998**

[51] Int. Cl.$^7$ .................................................. **A61N 5/00**
[52] U.S. Cl. ............................................. **600/544**; 600/545
[58] Field of Search ............................ 600/300, 544–545; 128/897–898, 904, 905

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,059,814 | 10/1991 | Mead et al. . |
| 5,118,606 | 6/1992 | Lynch et al. . |
| 5,136,687 | 8/1992 | Edelman et al. . |
| 5,224,203 | 6/1993 | Skeirik . |
| 5,303,705 | 4/1994 | Nenov . |
| 5,325,862 | 7/1994 | Lewis et al. . |
| 5,461,699 | 10/1995 | Arbabi et al. . |
| 5,522,863 | 6/1996 | Spano et al. . |

| | | |
|---|---|---|
| 5,640,493 | 6/1997 | Skeirik . |
| 5,715,821 | 2/1998 | Faupel . |
| 5,719,561 | 2/1998 | Gonzales . |
| 5,722,418 | 3/1998 | Bro ................................. 128/905 |
| 5,730,146 | 3/1998 | Itil et al. ....................... 600/544 |
| 5,736,543 | 4/1998 | Rogers et al. . |
| 5,737,485 | 4/1998 | Flanagan et al. . |
| 5,747,492 | 5/1998 | Lynch et al. . |
| 5,791,342 | 8/1998 | Woodard ....................... 600/544 |
| 5,816,247 | 10/1998 | Maynard . |

*Primary Examiner*—Cary O'Connor
*Assistant Examiner*—Michael Astorino
*Attorney, Agent, or Firm*—Joseph A. Rhoa

[57] **ABSTRACT**

A system and method for enabling human beings to communicate by way of their monitored brain activity. The brain activity of an individual is monitored and transmitted to a remote location (e.g. by satellite). At the remote location, the monitored brain activity is compared with pre-recorded normalized brain activity curves, waveforms, or patterns to determine if a match or substantial match is found. If such a match is found, then the computer at the remote location determines that the individual was attempting to communicate the word, phrase, or thought corresponding to the matched stored normalized signal.

**8 Claims, 3 Drawing Sheets**



31.

*Exhibit ∂*
*pg 32    (1 pg)*



US006506148B2

(12) **United States Patent**
Loos

(10) Patent No.: **US 6,506,148 B2**
(45) **Date of Patent:** **Jan. 14, 2003**

(54) **NERVOUS SYSTEM MANIPULATION BY ELECTROMAGNETIC FIELDS FROM MONITORS**

(76) Inventor: **Hendricus G. Loos**, 3019 Cresta Way, Laguna Beach, CA (US) 92651

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 8 days.

(21) Appl. No.: **09/872,528**

(22) Filed: **Jun. 1, 2001**

(65) **Prior Publication Data**

US 2002/0188164 A1 Dec. 12, 2002

(51) Int. Cl.$^7$ ............................ **A61N 2/00**; A61B 5/04; A61M 21/00

(52) U.S. Cl. .......................................... **600/27**; 600/545

(58) Field of Search ................................ 600/9–27, 545; 313/419; 324/318; 378/901; 434/236

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,592,965 | A | * | 7/1971 | Díaz ........................ 313/419 |
| 4,800,893 | A | * | 1/1989 | Ross et al. .................. 600/545 |
| 5,169,380 | A | | 12/1992 | Brennan ...................... 600/26 |
| 5,304,112 | A | * | 4/1994 | Mrklas et al. .............. 434/236 |
| 5,400,383 | A | * | 3/1995 | Yassa et al. ................ 378/901 |
| 5,412,419 | A | * | 5/1995 | Ziarati ........................ 324/318 |
| 5,450,859 | A | * | 9/1995 | Litovitz ...................... 600/9 |
| 5,782,874 | A | | 7/1998 | Loos ............................... 607/2 |
| 5,800,481 | A | | 9/1998 | Loos ........................... 607/100 |
| 5,899,922 | A | | 5/1999 | Loos ............................... 607/2 |
| 5,935,054 | A | | 8/1999 | Loos ............................... 600/9 |
| 6,017,302 | A | | 1/2000 | Loos ............................. 600/28 |
| 6,081,744 | A | | 6/2000 | Loos ............................... 607/2 |
| 6,091,994 | A | | 7/2000 | Loos ........................... 607/100 |
| 6,167,304 | A | | 12/2000 | Loos ............................... 607/2 |

| | | | |
|---|---|---|---|
| 6,238,333 | B1 | 5/2001 | Loos ............................. 600/9 |

OTHER PUBLICATIONS

N.Wiener "Nonlinear problems in random theory" p.71–72 John Wiley New York 1958.

M.Hutchison "Megabrain" p.232–3 Ballantine Books New York 1991.

C.A.Terzuolo and T.H.Bullock "Measurement of imposed voltage gradient adequate to modulate neuronal firing"p. Proc. Nat. Acad. Sci, Physiology 42,687–94, 1956.

O.Kellogg"Foundations of Potential Theory"p. 191 Dover, 1953.

P.M.Morse and H.Feshbach"Methods of Theoretical Physics"p. 1267 McGraw–Hill New York, 1953.

* cited by examiner

*Primary Examiner*—Eric F. Winakur
*Assistant Examiner*—Nikita R Veniaminov

(57) **ABSTRACT**

Physiological effects have been observed in a human subject in response to stimulation of the skin with weak electromagnetic fields that are pulsed with certain frequencies near ½ Hz or 2.4 Hz, such as to excite a sensory resonance. Many computer monitors and TV tubes, when displaying pulsed images, emit pulsed electromagnetic fields of sufficient amplitudes to cause such excitation. It is therefore possible to manipulate the nervous system of a subject by pulsing images displayed on a nearby computer monitor or TV set. For the latter, the image pulsing may be imbedded in the program material, or it may be overlaid by modulating a video stream, either as an RF signal or as a video signal. The image displayed on a computer monitor may be pulsed effectively by a simple computer program. For certain monitors, pulsed electromagnetic fields capable of exciting sensory resonances in nearby subjects may be generated even as the displayed images are pulsed with subliminal intensity.

**14 Claims, 9 Drawing Sheets**



32



# PAIN WITHOUT INJURY

'Active denial systems' deter attackers by sending a nonlethal millimeter-wave of electromagnetic energy, causing a burning sensation.

**Antenna** focuses the invisible energy

Note: Drawing is schematic

**Wave** penetrates the skin to 1/64 of an inch, causing a feeling similar to being on fire

**Transmitter**
Produces 95 GHz frequency waves

Two-second burst can heat skin to 130° F

**122° F** People pull away reflexively

**98.6° F** Normal

**130° F**

Source: GlobalSecurity.org

AP

Exhibit 3 (149)
Pg 33

33

_Exhibit 4
Pg 34-37   (4 pgs)_

**Presidential Commission
For The Study of Bioethical Issues
1425 New York Avenue, NW
Suite C-100
Washington, DC 20005**

**Fr: Calvin Hammock
        1911 Valley Dr.
        Davenport, Iowa 52806**

Dear Commission Chair Gutmann,                    7-7-13

   For the last couple years I believe that I have been labled a targeted

individual and certain government technology has been used against my

person in an unconstitutional way. Conduct with that technology has been

used against my person to induce dream manipulation and implantation of

unwarranted thoughts when I am in REM sleep.  Normally I would

consider this an outrageous statement but after my own investigation I

believe there is enough documentation and complaints by other American

Citizens that in fact it can be verified, particularly with some of the current

hearings of the NSA that have been held.

   On May 22, 2012 during the Dragon Space Craft liftoff I felt a vibration

of my whole cerebellum at the top of my brainstem for approximately 15

34

-25 seconds while sitting next to a Blackberry Curve cell phone on a Virgin Mobile Network.  I do believe and know that that liftoff and my cerebellum being vibrated are connected and it was an unauthorized connection.  Since that time I have been deprived sleep by being awakened at approximately 3:00 a.m. for almost a year.   On September 7, 2012 while watching the Democratic Convention I felt as if I was hit with a directed energy weapon. I did not know what it was in the beginning but upon research I have found that is the general term that is used to describe the device/or devices.

On Nov 3, 2012 while in Des Moines Iowa at the rally for the re-election of our President I had the same Blackberry Curve on me and felt the same type of radiated pulse that hit the top of my skull and appear to pull an elongated stream from the top of my skull outward ( something I have never felt before or sense) I immediately took the Blackberry Battery out and the the radiated pulse within seconds diminished and it felt as if whatever was being pulled out the top of my skull came back into my skull.

I believe I have become a targeted individual as for the last 3 years I have been constantly harassed by local law enforcement and my constitutional rights violated.  I currently am engaged in litigation where my due process rights were severely violated and fabricated evidence was used by the local prosecutor to effect a favorable ruling from a  State Judge.

35

I believe this technology has been used to unconstitutionally harass me as a dissidents and because my political views vastly differ from what is considered normal.

I was in prison for 18 years of my life and consider myself somewhat conscious on the machinations of governments. I believe the American Politic has been shaped by post 911 policies that have induced certain attitudes toward people that have been historically discriminated against. Case in point, I read an article in a Major Newspaper by a conservative Political Pundit whom said the Black Ex-felon would be the Fifth Column in the U.S. post 911 cause the Islamic Fundamentalist would use the reality of being black people being denied justice today and historical injustice. In any event, this allowed me to fully comprehend today what fear has caused others to do against fellow countrymen.

I believe the tactics used against me that, I well assume are documented and can be proven are done to induce a particular train of thought in me. I cannot accept this continuous violation of my person and am sending this correspondence to your office.

I also believe my 3 year old daughter has been subjected to this type of technology and/or experimentation without authorization.

36

These unauthorized actions against my person have caused me psychological harm in more ways than I am able to articulate in this missive.

Whatever these programs are that have been utilized against my person they have been done without my or my families  authorization. There has to be a full accountability of those that have done so.  This technology does not even allow me or my family to defend ourselves from such acts.  Do know if I was able to defend myself and my family from this I dare say that I would not be contacting your office.

Sincerely,

JENNIFER THORNBURG
Commission Number 775896
My Commission Expires
November 26, 2015

37.

Exhibit 5

Pg 38

(1 Pg)



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Presidential Commission
Bioethical Issues
ATTN: Amy Gutmann
1485 NewYork Ave N.W
Suite C-100
Washington, DC 20005

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addr

B. Received by ( Printed Name )        C. Date of D.
                                       2/2/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (transfer from service label)

   7012 2550 0000 3050 3816 5481

PS Form 3811, February 2004.    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL

7012 3050 0000 3816 5481

Postage          $          $5.60
Certified Fee               $3.20
Return Receipt Fee          $2.55
(Endorsement Required)
Restricted Delivery Fee     $0.50
(Endorsement Required)
Total Postage & Fees   $    $11.25

Postmark Here   STATION   JUL 05   PA    USPS 52803

Sent To        Presidential Commission   Amy Gutmann
Street, Apt. No.;  Bioethical Issues
or PO Box No.      1485 New York Ave. N.W.
City, State, ZIP+4   Suite C-100   Washington DC 2005

PS Form 3800, August 2006        See Reverse for Instructions

38

Exhibit C
Pg 39-46 & 51-54 (12pg)

EXPRESS
MAIL

UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EU 953023228 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code
52806

Date Accepted
| Mo. | Day | Year |
2 - 07

Time Accepted
☐ AM ☐ PM

Flat Rate ☐ or Weight
1 lbs. oz.

☐ Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Del. Day

Scheduled Date of Delivery
Month  Day

Scheduled Time of Delivery
☐ Noon ☐ 3 PM

Military
☐ 2nd Day ☐ 3rd Day

Int'l Alpha Country Code

Postage
$ 9.99

Return Receipt Fee
$

COD Fee  Insurance Fee
$

Total Postage & Fees
$ 2.170

Acceptance Emp. Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt
| Mo. | Day | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt
| Mo. | Day | Time ☐ AM ☐ PM | Employee Signature

Delivery Date
| Mo. | Day | Time ☐ AM ☐ PM | Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
waiver of signature is requested. I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery
employee judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

☐ NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**FROM:** (PLEASE PRINT)   PHONE (   )

Calvin Hammock
1911 Valley Dr
Davenport, IA 52806

**TO:** (PLEASE PRINT)   PHONE (   )

Charles Bolden   Administrator
Attn: Receiving & Inspection
NASA Headquarters
300 E. Street SW.
Washington D.C.
ZIP + 4 (U.S. ADDRESSES ONLY; FOR FOREIGN POSTAL CODES)
2 0 0 2 4 + 3 2 1 0

FOR PICKUP OR TRACKING
Visit **WWW.USPS.COM**
Call 1-800-222-1811

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

39

```
Paid by:
Cash                                    $46.00
Change Due:                             -$0.62
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
****************************************
****************************************


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

~~ Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
****************************************
****************************************


Bi  #: 1000306211383
C       08

        sales final on stamps and postage
     Refunds for guaranteed services only
        Thank you for your business
****************************************
****************************************
        HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

        YOUR OPINION COUNTS
****************************************
****************************************


            Customer Copy
```

40

| 1. Submit to Appropriate Federal Agency: | | | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. | |
|---|---|---|---|---|
| Department of Defense and NASA ( in connection with Space X Dragon Liftoff May 22, 2012 and any other government and or private corporate enitiy or person involved with signal intelligence, radiated intelligence etc). | | | Calvin Hammock and family, 1911 Valley Drive, Davenport, Iowa 52806 | |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | Aug. 15, 1970 | Married | 5-22-12 to date | Dragon Liftoff |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On May 22, 2012 Dragon liftoff I felt a vibration of my whole cerebellum at the top of my brainstem for approx 15 - 25 seconds whle sitting next to my Blacberry Curve cell phone on a Virgin Mobile Network watching the liftoff on my Apple Laptop computer on a Mediacom wireless network in my home that has a Iowa American Water smartmeter that was approximately 20 feet from where I was sitting. Since that time I have felt pain signals to my body in the areas of my anus, my testicles, my side, my heart, my chest and my head. I continuously hear voices that have bombarded my conscious causing me depression, *attach 4 pgs*

9.                    **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10.                **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Stated above and on additional paper: Pain signals to parts of my body and brain, forced awakened state, forced sleep, forced states of consciousness and forced moods. Forced dream states and forced images.

11.                     **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Tanya Hammock | 1911 Valley Drive, Davenport |

12. (See instructions on reverse).        **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | Dragon liftoff related Injury $100,000,000 plus | | $100,000,000 plus |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 563-424-4334 | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

you carry accident insurance?   ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, and State, and Zip Code) and policy number.   ☐ No

ot effective at the date of this filing.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No | 17. If deductible, state amount. |
|---|---|

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?   ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, and State, and Zip Code).   ☐ No

Renters Insurance

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

   A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

**Calvin Hammock and Family**

## Cont. Claim for Damage and Injury or Death

as well as my subconscious hearing voices. My dreams are being

manipulated and scenarios are played in the subconscious region of my

mind causing me severe disturbances, and these attacks upon my body and

mind are done without my permission.  Current NSA Director Alexander

has made public comments regarding the ability to electronically neuter

someone.  **NOTE:** (Norris Patent #5889870 as described in the 6th and

11th paragraph from the bottom at the Patent page of the uspto.gov as well

as the Lowery Patent #6052336 are descriptions of devices or those similar

that have been used against my person my home and my family  at my

address.  Patent 3884218 also is a patent that describes how technology

exists that describe the forced waking and the forced sleeping i have

experienced since the Dragon liftoff May 22, 2012 and the induced states of

consciousness) these and other signal technologies that ultimately comes

under the Defense Department have been used against my person in a cruel

and unusual manner and violative of my Constitutional Rights.  I have not

volunteered to undergo any signal related therapy or agreed to any signal,

sound or lightstream related experiments.  However it must be noted that

19 days after I sent a Complaint to the United States Justice Department

7 of 4

exposing Davenport Police Department and Scott County Prosecutor Conspiracy to deprive me of Constitutional Rights I was subjected to the ongoing pattern of abuse and it is being done by technology known and unknown by me.  It must be noted that my Claim is for one of compensation as well as documentation so that I or my family may not be subjected to a slow kill cancer assassination or any other form of an induced early unnatural death.  It also must be noted that Space X Dragon was a private company involved in the injury in concert with the government therefore the claim is substantially more than what is stated under FTCA/ it also must be stated that Space X Dragon received a 1billion plus dollar contract from the an agency of the Government NASA under the Executive Branch authority.

The injuries I have suffered as well as my family have been continual in nature and it started 19 days after my Civil Rights Complaint was received by The Department of Justice Civil Rights Division / That particular case Hammock v Jensen appears now to have National implications, and the signal, laser, sound and light technology injuries seem to continue against my body my home and my family because of said case.  It also must be noted I have a business that has diminished because of said injuries to my mind and body by those persons and entities that have participated in the

44

conspiracy to deprive me and my family of constitutional rights.It also must be noted, I have a guest room in the basement of my current home that i spend study time and meditation time in at 1911 Valley Drive, Davenport , Iowa 52806 and my step daughters room is above that room and she was recently temporarily diagnosed with lupus type symptoms that I am unaware if it was because of some type of radiated field intelligence signals light stream or the like violating my home however, the injuries that I have sustained to my body there exists technology with human target tracking capabilities that are able to penetrate walls of my home and my body.

I am flabbergasted  as to have suffered constitutional deprivation by Scott County Prosecutor  and Davenport Police and to send the evidence to The United States Justice Department and instead of receiving justice I received more injustice and more constitutional deprivations.  The NSA specializes in signals intelligence and is used by the justice dept.  I received no procedural due process or agreed to be bombarded with these high tech weapons whether from govt  and or corporation in concert with the govt. Recent Supreme Court Ruling Milbrook vs United States (2013) a unanimous 9-0 decision reminds employees of the United States Govt what FTCA is and the degree of which liability consists.

45

I have already written to the Presidential Commission of Bioethical Issues
and that was signed for and received but I have yet to receive a response.
The torture has not stopped and this claim precedes a Civil Rights
Complaint unless there is some other form of arbitration.


Thank You For Your Times And Anticipated Cooperation in resolving
this serious matter that has ill affected me and my family.


Calvin Hammock

1911 Valley Drive

Davenport, Iowa 52806

ANNIE C. SEARLE
Commission Number 779791
My Commission Expires

# Complaint Information

If you don't speak/write English, CRCL has access to interpreters and can talk to you in any language.

① **Information about the person who experienced the civil rights/civil liberties violation**

*(fill in what you can)*

Name: _Calvin        Hammock_ _____

               *First and Middle*                            *Last*

Phone #: Cell: _563-265-4318_ Home: _563-424-4334_ Work: _____

Please note that we may contact you at the provided numbers.

Mailing Address: _1911    Valley Dr.    Davenport   Iowa    52806_

                 *PO Box or Street address*          *City*        *State*    *Zip*

Date of Birth: _8 - 15 - 70_ _____ Email *(optional)*: _Calthelegalone_

Alien Registration #. *(if you have one and it's available):* _____

☐    Check here if you are in detention now.

    Which facility? _____

               *Facility name*                 *Facility address*

    ☐ Check here if you are represented by an attorney in this matter.  If so please provide the attorney's name and contact information _____

② **Are you filling in this complaint form on behalf of another individual?** If yes, please provide *your* information.

Name: _____

      *First*                     *Last*               *Job title*

Organization *(if any):* _____

Phone #:  Cell: _____ Home: _____ Work: _____

Mailing Address: _____

               *PO Box or Street address*          *City*      *State*   *Zip*

③ **What happened?** Describe your complaint. Give as much detail about your experience as possible.

*Continue on an additional page, if needed.*

47

**When did this happen? If ongoing, please indicate when the problem began.**
*(If it happened on more than one date, list all dates):*

May 22, 2012    See enclosed documents.

**Where did this happen?**
Place *(for example, name the detention facility, airport, other):* 1911 Valley Drive
City: Davenport                               State or Country: Iowa U.S.

④    **Who treated you unfairly?**

An employee, contractor, or officer of *(check as many as apply):*
☐ Citizenship and Immigration Services (USCIS)
☐ Customs and Border Protection (CBP)*
   ☐ Customs Officer
   ☐ Border Patrol Agent
☐ Federal Emergency Management Agency (FEMA)
☐ Immigration and Customs Enforcement (ICE)
☐ Secret Service (USSS)
☐ Transportation Security Administration (TSA)*
☐ U.S. Coast Guard (USCG)
☐ Other DHS program *(specify)* :

☐ Not sure which DHS office
☐ Non-DHS employee working under the authority of DHS (e.g., 287g officer)
specify: _____

Signal Assaults
Electronic

*If your complaint is about an incident at an airport, train station, or border crossing, you may also file a complaint with the Department of Homeland Security's Traveler Redress Inquiry Program (TRIP). TRIP and this Office will review your complaint together, resulting in a faster response. Go to: www.dhs.gov/trip.

⑤ **List anyone else who may have seen or heard what happened.**
*(If you do not know their names, provide whatever details you can)*

Names (or other information, e.g., agency): Constant Complaints

Mailing Address: _____
          *PO Box or Street address*         *City*      *State or Country*  *Zip*
Phone No.: _____ Email: _____

Names (or other information, e.g., agency): _____

Mailing Address: _____
          *PO Box or Street address*         *City*      *State or Country*  *Zip*
Phone No.: _____ Email: _____

*Continue on an additional page, if needed.*

3

48

⑥ **Have you contacted any other DHS component or other federal, state, or local government agency or court about this complaint?**
☑ **Yes:** Agency/Office/Court _____ Date: _____
☐ **No**

**If so, has anyone responded to your complaint?**
☐ **Yes**  ☑ **No**

If *Yes,* describe what has been done to respond to your complaint:

*Continue on an additional page, if needed.*

⑦ **Is there any other information you want us to know about or consider?**

See Enclosed documents.

*Continue on an additional page, if needed.*

49

4

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Presidential Commission
Brookwood Source
ATTN: Amy Guttmann
1425 NewYork Ave N.W.
Suite C-100
Washington, DC 20005

2. Article Number
   (Transfer from service label)

7012 3050 0000 3816 5481

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____     □ Agent
                        □ Addr

B. Received by (Printed Name)   C. Date of D
                                8/2/13

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

50.

_Exhibit 6_
Pg 39-46 & 51-54

**Presidential Commission**
**For The Study of Bioethical Issues**
**1425 New York Avenue, NW**
**Suite C-100**
**Washington, DC 20005**

**Fr: Calvin Hammock**
    **1911 Valley Dr.**
    **Davenport, Iowa 52806**

Dear Commission Chair Gutmann,                    7-7-13

   For the last couple years I believe that I have been labled a targeted

individual and certain government technology has been used against my

person in an unconstitutional way. Conduct with that technology has been

used against my person to induce dream manipulation and implantation of

unwarranted thoughts when I am in REM sleep.  Normally I would

consider this an outrageous statement but after my own investigation I

believe there is enough documentation and complaints by other American

Citizens that in fact it can be verified, particularly with some of the current

hearings of the NSA that have been held.

   On May 22, 2012 during the Dragon Space Craft liftoff I felt a vibration

of my whole cerebellum at the top of my brainstem for approximately 15

*51.*

-25 seconds while sitting next to a Blackberry Curve cell phone on a Virgin Mobile Network. I do believe and know that that liftoff and my cerebellum being vibrated are connected and it was an unauthorized connection. Since that time I have been deprived sleep by being awakened at approximately 3:00 a.m. for almost a year. On September 7, 2012 while watching the Democratic Convention I felt as if I was hit with a directed energy weapon. I did not know what it was in the beginning but upon research I have found that is the general term that is used to describe the device/or devices.

On Nov 3, 2012 while in Des Moines Iowa at the rally for the re-election of our President I had the same Blackberry Curve on me and felt the same type of radiated pulse that hit the top of my skull and appear to pull an elongated stream from the top of my skull outward ( something I have never felt before or sense) I immediately took the Blackberry Battery out and the the radiated pulse within seconds diminished and it felt as if whatever was being pulled out the top of my skull came back into my skull.

I believe I have become a targeted individual as for the last 3 years I have been constantly harassed by local law enforcement and my constitutional rights violated. I currently am engaged in litigation where my due process rights were severely violated and fabricated evidence was used by the local prosecutor to effect a favorable ruling from a State Judge.

52.

I believe this technology has been used to unconstitutionally harass me as a dissidents and because my political views vastly differ from what is considered normal.

I was in prison for 18 years of my life and consider myself somewhat conscious on the machinations of governments. I believe the American Politic has been shaped by post 911 policies that have induced certain attitudes toward people that have been historically discriminated against. Case in point, I read an article in a Major Newspaper by a conservative Political Pundit whom said the Black Ex-felon would be the Fifth Column in the U.S. post 911 cause the Islamic Fundamentalist would use the reality of being black people being denied justice today and historical injustice. In any event, this allowed me to fully comprehend today what fear has caused others to do against fellow countrymen.

I believe the tactics used against me that, I well assume are documented and can be proven are done to induce a particular train of thought in me. I cannot accept this continuous violation of my person and am sending this correspondence to your office.

I also believe my 3 year old daughter has been subjected to this type of technology and/or experimentation without authorization.

53

These unauthorized actions against my person have caused me psychological harm in more ways than I am able to articulate in this missive.

Whatever these programs are that have been utilized against my person they have been done without my or my families authorization. There has to be a full accountability of those that have done so. This technology does not even allow me or my family to defend ourselves from such acts. Do know if I was able to defend myself and my family from this I dare say that I would not be contacting your office.

Sincerely,

JENNIFER THORNBURG
Commission Number 775896
My Commission Expires
November 26, 2015

54

_Exhibit 2_
pg 55-69



*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

May 12, 2014

Calvin Hammock
1911 Valley Drive
Davenport, IA 52806

Dear Mr. Hammock:

Thank you for contacting the U.S. Department of Homeland Security's (DHS) Office for Civil Rights and Civil Liberties (CRCL). Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL is responsible for reviewing and assessing information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS.

After reviewing your information, we have determined that CRCL does not have jurisdiction over your concerns. Thank you again for contacting the Office for Civil Rights and Civil Liberties.

Sincerely,

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

To:  NATIONAL SECURITY AGENCY
     CENTRAL SECURITY SERVICE
     Office of the Inspector General
     9800 Savage Rd.
     Ft. George G. Meade, MD 20755
     Suite 6247

To:  Office of Chief Counsel
      of NASA William Sikora
     NASA Glenn  Research Center
     21000 Brockport Rd.
     Cleveland, Ohio 44135

To:  Dept of Homeland Security
     Compliance Branch
     245 Murray Lane, SW
     Building 410, Mail Stop #0190
     Washington, DC 20528


Fr:  Calvin D. Hammock
     1911 Valley Drive
     Davenport, Iowa 52806

*21 pages Total included!*


## RE:  SIGNAL ASSAULT SHOCKS TO MY BODY


Dear Inspector General,                              May 1, 2014

     Since May 22, 2012 I have experienced pain signals to parts of my body.

Upon the launching of Space X Dragon I experienced a vibration of my

whole cerebellum at the top of my brian stem for approximately 15 seconds

56

while watching on my Apple Mac laptop, on a Mediacom wireless network next to my Blackberry curve cellular phone on a virgin mobile wireless network in my home that has an Iowa American Water smartmeter.

Since that time I have felt pain signals to my body in the areas of my anus, my testicles, my side, my chest, my heart and my head.  Enclosed is a copy of my complaint using Claim Form 95 that I sent to the Department of Defense and NASA.  I addressed it to the Secretary of Defense and the Administrator at NASA.  Neither claim upon me calling claims to have been received although I have written return receipt signatures as proof the Claim was indeed signed for.

Whoever is sending these pain signals to my mind and body is doing so using patented technology.

The beginning of these assaults to my mind and body started on May 22, 2012, 19 days after I sent civil rights complaint to the United States Justice Department involving Scott County prosecutor and Davenport police officers depriving me of constitutional rights and civil rights.  Since that moment I have experienced high tech electronic assaults to my mind and body that are depriving me of constitutional rights and civil rights.  See enclosed complaint form with proof of mailing.  I have called DOD but was not able to get a response. I called NASA office of chief counsel  no one

57

seems to know where said form is so I am resending said claim on form 95 within the 2 year time frame.

I have also sent a complaint to the Presidential Commission for the Study of Bioethical Issues Chairman Gutmann and have yet to receive a response.  I am enclosing copies of this letter as well.

I had a small business that I endeavored to run but since the signal assaults to my mind and body forcing me into certain physiological pain states I was unable to run it effectively. I believe that was the goal of whoever were sending these shocks to my mind and body as well as stop me from pursuing my complaint through the legal process.  I also believe this was done to me because I am an African American ex felon, I am married and have a daughter and step daughter and my political views may be considered dissident from the norm.

I would like this complaint adjudicated through the formal process. Thank You for your time and anticipated cooperation. Above said documents are enclosed.

Sincerely,  Calvin Hammock

cc. NASA office of Chief Counsel
    NSA Office of Inspector General
    Dept. Homeland Security Compliance Branch

58

EXPRESS MAIL

UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EU 953023228 US

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt

Mo.   Day   Time   ☐ AM   Employee Signature
                   ☐ PM

Delivery Attempt

Mo.   Day   Time   ☐ AM   Employee Signature
                   ☐ PM

Delivery Date

Mo.   Day   Time   ☐ AM   Employee Signature
                   ☐ PM

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if
customer requests waiver of signature.
I wish delivery to be made without obtaining signature
of addressee or addressee's agent (if delivery employee
judges that article can be left in secure location) and I
authorize that delivery employee's signature constitutes
valid proof of delivery.

**NO DELIVERY**   ☐ Weekend   ☐ Holiday

TO: (PLEASE PRINT)   PHONE ( )   Master Signature

Charles Bolden    Administrator
Attn Receiving & Inspection
        NASA Headquarters
        300 E. Street SW.
        Washington DC
ZIP + 4 (U.S. ADDRESSES ONLY, DO NOT USE FOR FOREIGN POSTAL CODES.)

2 0 1 0 2 4 + 3 1 0

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    Day of Delivery

52806    ☐ Next   ☐ 2nd   ☐ 2nd Del. Day    Postage   $ 17.99

Date Accepted    Scheduled Date of Delivery

2-07    Month   Day

Time Accepted    Scheduled Time of Delivery    Return Receipt Fee

124/7X    ☐ AM   Noon   ☐ 3 PM   $

Flat Rate or Weight    Int'l Alpha Country Code    COD Fee    Insurance Fee

1 1    ☐ 2nd Day   ☐ 3rd Day    $   $

Military   ☐ 2nd Day   ☐ 3rd Day

Acceptance Emp. Initials   $ 2.70

Total Postage & Fees   $ 20.69

FROM: (PLEASE PRINT)    PHONE ( )

Calvin Hammock
1911 Valley Dr
Davenport, IA 52806

**FOR PICKUP OR TRACKING**
Visit WWW.USPS.COM
Call 1-800-222-1811

59

```
Paid by:
Cash                                      $46.00
Change Due:                               -$0.62
*********************************************
*********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*********************************************
*********************************************


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

~~ Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*********************************************
*********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*********************************************
*********************************************


Bil #: 1000306211383
Cl   08

        sales final on stamps and postage
        Refunds for guaranteed services only
        Thank you for your business
*********************************************
*********************************************
        HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*********************************************
*********************************************


             Customer Copy
```

60.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of Defense and NASA ( in connection with Space X Dragon Liftoff May 22, 2012 and any other government and or private corporate enitiy or person involved with signal intelligence, radiated intelligence etc). | Calvin Hammock and family, 1911 Valley Drive, Davenport, Iowa 52806 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | Aug. 15, 1970 | Married | 5-22-12 to date | Dragon Liftoff |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On May 22, 2012 Dragon liftoff I felt a vibration of my whole cerebellum at the top of my brainstem for approx 15 - 25 seconds whle sitting next to my Blacberry Curve cell phone on a Virgin Mobile Network watching the liftoff on my Apple Laptop computer on a Mediacom wireless network in my home that has a Iowa American Water smartmeter that was approximately 20 feet from where I was sitting. Since that time I have felt pain signals to my body in the areas of my anus, my testicles, my side, my heart, my chest and my head. I continuously hear voices that have bombarded my conscious causing me depression, *attach 4 pgs*

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Stated above and on additional paper: Pain signals to parts of my body and brain, forced awakened state, forced sleep, forced states of consciousness and forced moods. Forced dream states and forced images.

| 11. | WITNESSES | |
|---|---|---|
| | NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| | Tanya Hammock | 1911 Valley Drive, Davenport |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | *Dragon liftoff related Injury $100,000,000 plus* | | *$100,000,000 plus* |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 563 424-4334 | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

61.

you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

ot effective at the date of this filing.

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No | 17. If deductible, state amount. |
|---|---|

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Renters Insurance

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

62.

**Calvin Hammock and Family**

## Cont. Claim for Damage and Injury or Death

as well as my subconscious hearing voices. My dreams are being

manipulated and scenarios are played in the subconscious region of my

mind causing me severe disturbances, and these attacks upon my body and

mind are done without my permission.  Current NSA Director Alexander

has made public comments regarding the ability to electronically neuter

someone.  **NOTE:** (Norris Patent #5889870 as described in the 6th and

11th paragraph from the bottom at the Patent page of the uspto.gov as well

as the Lowery Patent #6052336 are descriptions of devices or those similar

that have been used against my person my home and my family  at my

address.  Patent 3884218 also is a patent that describes how technology

exists that describe the forced waking and the forced sleeping i have

experienced since the Dragon liftoff May 22, 2012 and the induced states of

consciousness) these and other signal technologies that ultimately comes

under the Defense Department have been used against my person in a cruel

and unusual manner and violative of my Constitutional Rights.  I have not

volunteered to undergo any signal related therapy or agreed to any signal,

sound or lightstream related experiments.  However it must be noted that

19 days after I sent a Complaint to the United States Justice Department

7 of 7

exposing Davenport Police Department and Scott County Prosecutor
Conspiracy to deprive me of Constitutional Rights I was subjected to the
ongoing pattern of abuse and it is being done by technology known and
unknown by me.  It must be noted that my Claim is for one of
compensation as well as documentation so that I or my family may not be
subjected to a slow kill cancer assassination or any other form of an
induced early unnatural death.  It also must be noted that Space X Dragon
was a private company involved in the injury in concert with the
government therefore the claim is substantially more than what is stated
under FTCA/ it also must be stated that Space X Dragon received a 1billion
plus dollar contract from the an agency of the Government NASA under the
Executive Branch authority.

The injuries I have suffered as well as my family have been continual in
nature and it started 19 days after my Civil Rights Complaint was received
by The Department of Justice Civil Rights Division / That particular case
Hammock v Jensen appears now to have National implications, and the
signal, laser, sound and light technology injuries seem to continue against
my body my home and my family because of said case.  It also must be
noted I have a business that has diminished because of said injuries to my
mind and body by those persons and entities that have participated in the

64

conspiracy to deprive me and my family of constitutional rights. It also must be noted, I have a guest room in the basement of my current home that i spend study time and meditation time in at 1911 Valley Drive, Davenport , Iowa 52806 and my step daughters room is above that room and she was recently temporarily diagnosed with lupus type symptoms that I am unaware if it was because of some type of radiated field intelligence signals light stream or the like violating my home however, the injuries that I have sustained to my body there exists technology with human target tracking capabilities that are able to penetrate walls of my home and my body.

I am flabbergasted  as to have suffered constitutional deprivation by Scott County Prosecutor  and Davenport Police and to send the evidence to The United States Justice Department and instead of receiving justice I received more injustice and more constitutional deprivations.  The NSA specializes in signals intelligence and is used by the justice dept.  I received no procedural due process or agreed to be bombarded with these high tech weapons whether from govt  and or corporation in concert with the govt. Recent Supreme Court Ruling Milbrook vs United States (2013) a unanimous 9-0 decision reminds employees of the United States Govt what FTCA is and the degree of which liability consists.

65

4 of 4

I have already written to the Presidential Commission of Bioethical Issues
and that was signed for and received but I have yet to receive a response.
The torture has not stopped and this claim precedes a Civil Rights
Complaint unless there is some other form of arbitration.


Thank You For Your Times And Anticipated Cooperation in resolving
this serious matter that has ill affected me and my family.


Calvin Hammock

1911 Valley Drive

Davenport, Iowa 52806

ANNIE C. SEARLE
Commission Number 779791
My Commission Expires

02-07-1

Annie C Searle

66.

## Complaint Information

If you don't speak/write English, CRCL has access to interpreters and can talk to you in any language.

① **Information about the person who experienced the civil rights/civil liberties violation**

*(fill in what you can)*

Name: ___Calvin   Hammock___
_____First and Middle_____Last_____

Phone #: Cell: _563-265-4318_ Home: _563-424-4334_ Work: _____

Please note that we may contact you at the provided numbers.

Mailing Address: ___1911   Valley Dr.___ _Davenport_ _Iowa_ _52806_
_____PO Box or Street address_____City_____State_____Zip___

Date of Birth: _8-15-70_____ Email *(optional):* _Calthelegalone._

Alien Registration #. *(if you have one and it's available):* _____

☐   Check here if you are in detention now.

Which facility? _____
_____Facility name_____Facility address_____

☐ Check here if you are represented by an attorney in this matter.  If so please provide the attorney's name and contact information _____

② **Are you filling in this complaint form on behalf of another individual?** If yes, please provide *your* information.

Name: _____
___First_____Last_____Job title___

Organization *(if any):* _____

Phone #:  Cell: _____ Home: _____ Work: _____

Mailing Address: _____
_____PO Box or Street address_____City_____State_____Zip___

③ **What happened?** Describe your complaint. Give as much detail about your experience as possible.

*Continue on an additional page, if needed.*

67

**When did this happen? If ongoing, please indicate when the problem began.**
*(If it happened on more than one date, list all dates):*

May 22, 2012    See enclosed documents.

**Where did this happen?**

Place *(for example, name the detention facility, airport, other):* 1911 Valley Drive

City: Davenport     State or Country: Iowa U.S.

④     **Who treated you unfairly?**

An employee, contractor, or officer of *(check as many as apply):*

☐ Citizenship and Immigration Services (USCIS)
☐ Customs and Border Protection (CBP)*
    ☐ Customs Officer
    ☐ Border Patrol Agent
☐ Federal Emergency Management Agency (FEMA)
☐ Immigration and Customs Enforcement (ICE)
☐ Secret Service (USSS)
☐ Transportation Security Administration (TSA)*
☐ U.S. Coast Guard (USCG)
☐ Other DHS program *(specify)* :

_____

☐ Not sure which DHS office
☐ Non-DHS employee working under the authority of DHS (e.g., 287g officer) specify: _____

Signal Assaults
Electronic

*If your complaint is about an incident at an airport, train station, or border crossing, you may also file a complaint with the Department of Homeland Security's Traveler Redress Inquiry Program (TRIP). TRIP and this Office will review your complaint together, resulting in a faster response. Go to: www.dhs.gov/trip.

⑤**List anyone else who may have seen or heard what happened.**
*(If you do not know their names, provide whatever details you can)*

Names (or other information, e.g., agency): Constant Complaints

Mailing Address: _____
                *PO Box or Street address*                *City*       *State or Country*    *Zip*

Phone No.: _____ Email: _____

Names (or other information, e.g., agency): _____

Mailing Address: _____
                *PO Box or Street address*                *City*       *State or Country*    *Zip*

Phone No.: _____ Email: _____

*Continue on an additional page, if needed.*

3



⑥ **Have you contacted any other DHS component or other federal, state, or local government agency or court about this complaint?**

☑ **Yes:** Agency/Office/Court _____ Date: _____

☐ **No**

**If so, has anyone responded to your complaint?**

☐ **Yes** ☑ **No**

If *Yes,* describe what has been done to respond to your complaint:

*Continue on an additional page, if needed.*

⑦ **Is there any other information you want us to know about or consider?**

See Enclosed documents.

*Continue on an additional page, if needed.*

69.

4

# SpaceX Successfully Completed its Demonstration Flights and Two Resupply Missions to the ISS

Following a nearly 3-year delay in development, SpaceX successfully completed its final system demonstration flight and two resupply missions to the ISS as of April 2013. Although each flight experienced technical anomalies, none were serious enough to substantially impact the missions and, according to ISS Program officials, were fewer in number and complexity than what program managers encountered during other space programs. For example, during the second demonstration flight SpaceX needed to adjust Dragon's guidance system prior to its final approach to the ISS. During the company's first cargo mission, SpaceX experienced a failure in one of its nine engines, several hardware failures in the Dragon caused by radiation exposure, three instances of sensors losing functionality in the Dragon's thrusters, and the loss of all three coolant pumps due to a water leak after splashdown in the ocean. All radiation effects were resolved with no mission impact, the faulty temperature sensors represented a loss of redundancy only, and failure of the coolant pumps did not lead to loss of science experiments on the return payload. However, these issues contributed to a 2-month delay for the second cargo mission, which slipped from January to March 2013. During the second cargo mission, a malfunction initially limited operation of three of the four thruster pods used to boost the Dragon to a higher orbit and perform the final maneuvers necessary to rendezvous with the ISS. The problem was quickly corrected, and the Dragon berthed with the ISS one day later than scheduled with no operational impact.

## SpaceX Successfully Demonstrated its System Albeit Nearly 3 Years Later than Originally Scheduled

NASA awarded SpaceX a $278 million Space Act Agreement as part of the COTS Program in August 2006, and 2 years later a $1.6 billion firm-fixed-price CRS contract for 12 resupply flights to the ISS. In FY 2011, NASA added milestones to the Space Act Agreement, bringing its total value to $396 million. With its May 2012 demonstration flight, SpaceX satisfied all requirements of the Space Act Agreement and received its final milestone payment in August 2012.

Launch contracts are typically paid in increments tied to the successful completion of production milestones. As of the end of FY 2012, NASA had paid SpaceX $462 million on its CRS contract (see Table 2). This included full payment for the company's first ISS resupply mission and partial funding for completed milestones associated with the next five missions. Work on a seventh mission began in December 2012.

According to Orbital officials, the successful Antares maiden flight in April 2013 has reduced the risk that the full demonstration flight will reveal major technical issues with the company's system. Given this flight and the completion of ISS integration, which took place in March 2013, Orbital officials said they have demonstrated the capability to execute ISS resupply missions. In addition, Orbital officials stress that because the CRS resupply contract is fixed-price, any technical changes that result in additional costs will be borne by Orbital alone. They also point out that in the event the contract needs to be terminated for cause, all CRS payments are recoverable.

Nevertheless, we maintain that by buying services – valued at almost $1 billion – for a system that has not been fully demonstrated, NASA has incurred an unnecessary risk. In our view, continuing work on Orbital's fourth and fifth rocket systems and beginning work on Missions 6 through 8 in the absence of a successful system demonstration flight introduces unnecessary financial risk to NASA, particularly given that the start-work dates for these missions are well in advance of the current launch schedule. The current manifest indicates that Orbital's Mission 6 is not scheduled to launch until FY 2015, with Missions 7 and 8 not scheduled to launch until at least FY 2016.

Despite their confidence in Orbital's system, Program officials acknowledged our concern about the level of financial risk NASA was accepting given that the company's system demonstration flight has slipped to August or September 2013. In addition, during the course of our audit we discussed with NASA and Orbital officials our concerns regarding the Agency's increased financial risk associated with paying towards rocket systems so far in advance of when they are needed to meet the ISS flight manifest. NASA officials generally agreed with our assessment, and took action to reduce the Agency's financial risk. For example, NASA officials enforced a section of the CRS contract that enables them to hold funding for Missions 4 and 5 at 50 percent as a result of launch schedule delays. Furthermore, although NASA granted Orbital authority to proceed with Mission 6 in December 2012, payments for the mission were withheld until the completion of the Antares maiden test flight.

While we acknowledge these positive steps toward mitigating NASA's financial risk, we believe that going forward, NASA should ensure that contractual plans and agreements are updated to reflect the lead times required to meet revised launch dates. If launch dates slip, NASA should adjust the contracts to ensure that the authorized lead times – and NASA payments – reflect the revised schedules.

## Conclusion

Since 2006, NASA has worked with its commercial partners to develop commercial capabilities to transport cargo to low Earth orbit. In 2008, NASA entered into contracts with two companies to utilize those capabilities by delivering cargo to the ISS. To date, SpaceX has successfully completed the COTS Program and flown two CRS missions to the ISS, while Orbital prepares to demonstrate its complete flight system. While we are encouraged by the successful maiden test flight of Orbital's Antares rocket, we remain

## Scope and Methodology

We performed this audit from July 2012 through April 2013 in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives. We assessed that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives. This audit focused on the COTS Program managed by NASA's Commercial Spaceflight Development Office, and the CRS contract managed by NASA's International Space Station Program, both within the Human Exploration and Operations Mission Directorate.

To determine the Agency's management of the COTS Program and CRS contracts, progress made, and challenges hindering the successful implementation of the Program and contracts, we reviewed laws, regulations, and policies in order to determine compliance with required guidance and best practices. We obtained and reviewed prior reports related to NASA's ability to address the development and collaboration challenges of the COTS Program. We interviewed key personnel within NASA's Commercial Spaceflight Development Office and the COTS Program located at NASA Headquarters, Kennedy Space Center, Johnson Space Center, and commercial partners at their corporate sites.

To determine whether both the commercial partners were on track to provide a system capable of resupplying the ISS, we analyzed schedule timelines and partner performance under both COTS and CRS to date.

We reviewed CRS contracts and interviewed key NASA personnel to determine whether NASA was properly managing the work plans for CRS. We compared contract payment milestones to milestones in the Space Act Agreements and in NASA guidance and analyzed the differences.

To determine whether the Space Act Agreements used in cargo development are readily adaptable to other programs such as commercial crew development, we interviewed program managers and officials from both the commercial crew and cargo programs, along with their supervisors and supporting teams.

**Use of Computer-Processed Data.** We used computer-processed data to perform this audit. We collected computer-processed milestone payment cost data for the COTS Program and the CRS contracts from the beginning of the Program through the end of FY 2012. Program officials downloaded the data from NASA's financial management program and provided the data in Microsoft Excel. In order to verify the accuracy of this data, we corroborated the information provided with documentation such as the original



Exhibit 9
Pg 73-74   (2 pgs)



EU 953021245 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 52806
Day of Delivery: Del. Day
Postage: $ 19.99
Scheduled Date of Delivery: 2-10-14
Return Receipt Fee: 2.70
Date Accepted: 2-7
Scheduled Time of Delivery
COD Fee / Insurance Fee
Time Accepted: 10:45 AM
Total Postage & Fees: $ 22.69

**FROM: (PLEASE PRINT)**   PHONE (
Calvin Hammock
1911 Valley Dr
Davenport, IA 52806

**TO: (PLEASE PRINT)**   PHONE (
Chuck Hagel
Secretary of Defense
1000 Defense Pentagon
Washington, DC

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
2 0 3 0 1 + 1 0 0 0

FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call 1-800-222-1811

73

**EXPRESS MAIL**

**Customer** Label 11-B,

UNITED STATES POSTAL SERVICE ®    **Post Office To Address**

EU 953021228 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 52-06 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 19.99 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 2-07 | Month   Day | $ 7.70 |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee   Insurance Fee |
| Time Accepted | ☐ Noon ☐ 10 PM | $      $ |
| ☐ AM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ 27 69 |
|  | Int'l Alpha Country Code | Acceptance Emp. Initials |
| lbs.   ozs. |  | CR |

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.   Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY
☐ Weekend    ☐ Holiday    Mailer Signature

**FROM:** (PLEASE PRINT)   PHONE (

Calvin Hammock
1911 Valley Dr
Davenport, IA 52806

**TO:** (PLEASE PRINT)   PHONE (

Charles Bolden   Administrator
Attn Receiving & Inspection
NASA Headquarters
300 E. Street SW.
Washington D.C.

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

2 0 0 0 3 4 + 3 2 1 0

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call **1-800-222-1811**

≡EMS≡

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Chief Counsel
of NASA William Sikora
NASA Glenn Research Center
21000 Brookport Rd.
Cleveland, Ohio 44135

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Anthony JAW

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

44135 OH

MAY 06 2014

3. Service Type
☑ Certified Mail   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7013 3020 0000 5007 3922

PS Form 3811, July 2013    Domestic Return Receipt