

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806

    Plaintiff/ Petitioner

          Pro se           Docket No _____

**MOTION FOR**

**APPOINTMENT OF**

**COUNSEL AND AFFIDAVIT**

**IN SUPPORT**

vs.

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW.
Washington D.C. 20024-3210

1

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000


Space Exploration Technologies  Space X
1 Rocket Road
Hawthorne, California 90250


Apple
1 Infinite Loop
Cupertino, California 95014

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566


Virgin Mobile
Sprint Legal Department
6480 Sprint Parkway
Overland Park, KS 66251

Mediacom WiFi
One Mediacom Way
Mediacom Park, New York 10918

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043

Any Yet un-Identified Entities,
Persons, Satellites, Govt.Agencies,
Govt. Technologies,Inter Agencies,
Fusion Center Participant Partners
Corporations, Companies, Software used
by and with State Actors and Temporary
State Actors

       Defendant / Respondents

_____

COMES NOW the Plaintiff Pro Se, so Moves this court pursuant to 28 U.S.C. § 2072 to grant this Motion for the following reasons to wit:

1. Federal Rules of Civil Procedure Rule 16 pretrial conferences scheduling management, FRCP Rule 26 duty to disclosure (a) (A) (i), FRCP rule 37 failure to make disclosures, and FRCP 42 (b) court must preserve the right to a jury trial.

2. The complexities of the issues and technology involved invoke a high probability that such signal microwave and other frequency technology use is of a classified nature and may involve the United States state secrets doctrine and a reasonable jurist can readily assume that Plaintiff will not be able to find an attorney with a background in military law and knowledge of the use of microwave, directed energy weapons that may or may not be of a classified nature.

3. The probability that a Jurist would know of such an attorney who understands the legal issues surrounding military technology, international security agreements that allow the sharing of such technology and technology the general public does not know about.

4. Plaintiff is not an attorney but should be afforded a right to redress these legitimate grievances, particularly where Plaintiff has shown patented technology that exists and are patented in the United States Patent and Trademark office as well as the Knowledge that the United States Military Mandate is to be 40 years ahead of what the general public can know.

For these foregoing reasons Plaintiff requests Appointment of Counsel who has background of these highly sensitive national and international related issues.

I declare under penalty of perjury that foregoing is true and correct.

Plaintiff prays this Court will sustain this MOTION FOR APPOINTMENT OF COUNSEL

Respectfully Submitted

Dated: _____   _____

Calvin Hammock personally appeared & Signed before me on this 16th Day of October 2015

*[Notary signature]*

State of Iowa
County of Scott

ALEXANDER O'HAVER
Commission Number 768786
My Commission Expires
7-13-17

5