# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806

      Plaintiff/ Petitioner

      Pro se    Docket No 3:15-cv-00111-CRW-CFB

      **PROOF OF SERVICE**

vs.

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW.
Washington D.C. 20024-3210

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

RECEIVED NOV 16 2015 CLERK OF DISTRICT COURT SOUTHERN DISTRICT OF IOWA

Space Exploration Technologies  Space X
1 Rocket Road
Hawthorne, California 90250

Apple
1 Infinite Loop
Cupertino, California 95014

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566

Virgin Mobile
Sprint Legal Department
6480 Sprint Parkway
Overland Park, KS 66251

Mediacom WiFi
One Mediacom Way
Mediacom Park, New York 10918

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043

Any Yet un-Identified Entities,
Persons, Satellites, Govt.Agencies,

Govt. Technologies, Inter Agencies,
Fusion Center Participant Partners
Corporations, Companies, Software used
by and with State Actors and Temporary
State Actors

Defendant / Respondents

## PROOF OF SERVICE

I Calvin Hammock do swear on November 16, 2015 hand delivered to ELITE PROCESS SERVING 16106 RTE 59, suite 200 in Plainfield Illinois copies of SUMMONS and Federal Complaint with jury demand for case 3:15-cv-00111-CRW-CFB, copies of Plaintiffs Motion for appointment of counsel for attorney specializing in legal representation of classified and non classified state actor, military technology, amendment to complaint and exhibits to be served on defendants. Also Plaintiff is serving a copy of said SUMMONS, complaint and accompanied documentation to the United States Attorneys Office in Des Moines Iowa address 110 E. Court Avenue Suite 286, Des Moines Iowa 50309, and United States Attorney's General, Department of Justice, Main Justice Building 10th & Constitution Avenue, Washington DC 20530.

I declare under the penalty of perjury the foregoing is true.

*[signature: Calvin Hammock]*

Before me on this 16th Day of November 2015, Calvin Hammock personally appeared & sign.

*[Notarial Seal]* ALEXANDER O'HAVER
Commission Number 768786
My Commission Expires
7-13-17
IOWA

*[signature: Alexander O'Haver]*