## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>      Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS<br><br>      Defendants. | Case No. 3:15-cv-00111-CRW-CFB<br><br><br><br>**NOTICE OF APPEARANCE** |

      Terri L. Combs, of the law firm of Faegre Baker Daniels LLP, hereby respectfully enters her Appearance for and on behalf of Defendant MCC Iowa, LLC, d/b/a Mediacom—incorrectly identified as Mediacom WiFi in the Summons and Complaint—in the above-captioned litigation.

Dated:  November 25, 2015.

      FAEGRE BAKER DANIELS LLP

      /s/ Terri L. Combs
      Terri L. Combs, *Lead Counsel*
      terri.combs@FaegreBD.com
      801 Grand Avenue, 33rd Floor
      Des Moines, Iowa 50309
      Telephone:  (515) 248-9000
      Facsimile:  (515) 248-9010
      **Attorney for Defendant**
      **MCC Iowa, LLC d/b/a Mediacom**

2

## Certificate of Service

    The undersigned hereby certifies that a true copy of the foregoing **Notice of Appearance of Terri L. Combs** was served upon counsel through the Court's CM/ECF filing system on the 25 day of November 2015.

/s/ Terri L. Combs