IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>Plaintiff,<br><br>vs.<br><br>NASA HEADQUARTERS; et al.,<br><br>Defendants. | No. 3:15-cv-00111-CRW-CFB<br><br><br>**ORDER** |

On October 26, 2015, plaintiff filed an "Amend to Complaint and Exhibits." The amendment does not comply with this district's Local Rule 15, which requires the pleading to describe the changes sought and be accompanied by the proposed or supplemented pleading that does not incorporate prior pleadings by reference but rather reproduces the entire new pleading. The court therefore strikes the "Amend to Complaint and Exhibits."

Plaintiff requests counsel. The court denies the request because the court has no authority to appoint counsel in civil cases. Even if plaintiff were proceeding in forma pauperis, the court is limited in its ability to request (not appoint) counsel to provide pro bono assistance pursuant to 28 U.S.C. § 1915(e). Plaintiff shall be allowed to represent himself.

**IT IS SO ORDERED**.

Dated this 3rd day of December, 2015.

*/s/ Charles R. Wolle*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT