# AFFIDAVIT OF SERVICE

Court: UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

Case No.: 3:15 CV 111 CRW CFB

Plaintiff: Calvin Hammock
vs.
Defendant: NASA Headquarters, et al.1

RECEIVED
DEC 04 2015
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

I, __Thomas J. Bowman Jr__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __California__.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **Apple**

Address where attempted or served: **1 Infinite Loop, Cupertino, CA 95014**

On __11-19-15__ at __12:10__, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with __Roz Q.__
(Title) __Legal Dept__, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:
Sex: __F__  Race: __Blk__  Hair: __Brn__  Approx. Age: __50__  Height: __5'10__  Weight: __170__

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of __CA__
County of __Santa Clara__

X _____
Thomas J. Bowman, Jr., RPS, SCC #25
(Print Name)

Subscribed and Sworn to before me on this
__26th__ day of __Nov__, 20__15__

__Wendy L. Shetterly__
Signature of Notary Public

WENDY L. SHETTERLY
COMM. # 2018104
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
Comm. Exp. APRIL 6, 2017

Job: 307910
File: