IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>　　Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, CHARLES BOLDEN ADMINISTRATOR; DEPARTMENT OF DEFENSE, SECRETARY OF DEFENSE; SPACE EXPLORATION TECHNOLOGIES SPACE X; APPLE; BLACKBERRY (CURVE) CORPORATION; VIRGIN MOBILE; MEDIACOM WIFI; AMERICAN WATER IOWA; ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS,<br><br>　　Defendants. | Case No. 3:15-cv-111-CRW-CFB<br><br><br><br><br><br><br><br><br><br><br><br><br>**DEFENDANT VIRGIN MOBILE'S<br>MOTION TO DISMISS** |

Defendant, Virgin Mobile,[1] by and through the undersigned counsel, hereby moves to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As more fully explained in the Memorandum filed herewith, Plaintiff's Complaint should be dismissed because not only does the Complaint fail to set forth enough facts to state a claim for relief that is plausible on its face, but Plaintiff's claims also are essentially fictitious. For the foregoing reasons, Defendant Virgin Mobile respectfully requests that its Motion be granted.

---

[1] The proper legal name is Virgin Mobile USA, L.P. By filing this Motion, Defendant does not waive any objections and defense it has to whether Plaintiff named the proper party.

Respectfully submitted,

BELIN McCORMICK, P.C.

By _____  *Lead Counsel*
    Michael R. Reck
    Kelsey J. Knowles
    Espnola F. Cartmill

666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone:  (515) 283-4645
Facsimile:  (515) 558-0645
E-mail:  mrreck@belinmccormick.com
        kjknowles@belinmccormick.com
        efcartmill@belinmccormick.com

ATTORNEYS FOR DEFENDANT VIRGIN MOBILE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on December 8, 2015, by

☑ Electronic Filing System   ☑ Other U.S. Mail

Calvin Hammock
5106 Brown Street
Davenport, IA 52806
*Pro Se Plaintiff*

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Apple
1 Infinite Loop
Cupertino, CA 95014

Mediacom WiFi
One Mediacom Way
Mediacom Park, NY 10918

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210

Space Exploration Technologies Space X
1 Rocket Road
Hawthorne, CA 90250

Blackberry (Curve) Corporation
6700 Koll Center Parkway, #200
Pleasanton, CA 94566

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043

Signature: Shannon Olson

N0320\0015\ (02302742)