IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br>    Plaintiff,<br><br>vs.<br><br>NASA HEADQUARTERS,<br>DEPARTMENT OF DEFENSE,<br>SPACE EXPLORATION<br>TECHNOLOGIES SPACE X, APPLE,<br>BLACKBERRY (CURVE)<br>CORPORATION, VIRGIN MOBILE,<br>MEDIACOM WIFI, AMERICAN<br>WATER IOWA, ANY YET<br>UN-IDENTIFIED ENTITIES,<br>PERSONS, SATELLITES, GOVT.<br>AGENCIES, GOVT. TECHNOLOGIES<br>INTER AGENCIES, FUSION CENTER<br>PARTICIPANT PARTNERS<br>CORPORATIONS, COMPANIES,<br>SOFTWARE USED BY AND WITH<br>STATE ACTORS AND TEMPORARY<br>STATE ACTORS,<br>    Defendants. | NO. 3:15-cv-00111-CRW-CFB |

## APPEARANCE

Philip A. Burian of Simmons Perrine Moyer Bergman PLC and hereby enters his appearance on behalf of Defendant **Apple Inc.,** in the above-captioned matter.

/s/ *Philip A. Burian*
PHILIP A. BURIAN
*Simmons Perrine Moyer Bergman PLC*
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Phone: 319-366-7641
Facsimile: 319-366-1917
E-Mail:  pburian@simmonsperrine.com

*ATTORNEYS FOR APPLE INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following counsel of record:

Terri L. Combs
Faegre Baker Daniels, LLP
801 Grand Avenue
33rd Floor
Des Moines, IA 50309
Phone: 515-248-9000
Facsimile: 515-248-9010
E-mail: terri.combs@faegrebd.com
*Attorney for Defendant MCC Iowa, LLC, d/b/a Mediacom*

I hereby certify that on December 8, 2015, I transmitted the foregoing by U.S. mail to the following:

Calvin Hammock
5106 Brown Street
Davenport, IA 52806
*Plaintiff*

/s/ *Philip A. Burian*
Philip A. Burian

2