# AFFIDAVIT OF SERVICE

**RECEIVED**
**DEC 0 4 2015**
**CLERK OF DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

Case No.: **3:15 CV 111 CRW CFB**

Plaintiff: **Calvin Hammock**
vs.
Defendant: **NASA Headquarters, et al.]**

I, __Michael A. Coley__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __DC__.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **NASA Headquarters, c/o Charles Bolden, Administrator**

Address where attempted or served: **300 East Street Southwest, Washington, DC 20024**

On __11-18-2015__ at __9:39 am__, I (X Served  ( ) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

☒ **CORPORATE SERVICE:** By leaving a copy of this process with __Kathy Bayer__ (Title) __Legal Asst.__, a person authorized to accept service and informed the person of the contents thereof.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ **NON SERVICE:** I have been unable to effect service because of the following reason(s): _____

Description of person process was left with:

Sex: __F__   Race: __White__   Hair: __Blonde__   Approx. Age: __62__   Height: __5'4-5'8"__   Weight: __100-130#__

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of __District of Columbia__
County of __N/A__

X __Michael Coley__
Michael A. Coley
(Print Name)

Subscribed and Sworn to before me on this __19th__ day of __November__, 20__15__

Signature of Notary Public

Castina Jewel Watson
Notary Public, District of Columbia
My Commission Expires 8/31/2020

Job: 307903
File:

# AFFIDAVIT OF SERVICE

**RECEIVED**
DEC 04 2015
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

Case No.: **3:15 CV 111 CRW CFB**

Plaintiff: **Calvin Hammock**
vs.
Defendant: **NASA Headquarters, et al.1**

I, _Michael A. Coley_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __DC__.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **United States Attorney General, c/o Department of Justice**

Address where attempted or served: **Main Justice Building, 10th & Constitution Avenue, Washington, DC 20530**

On __11-17-15__ at __12:28pm__ I (X Served  ( ) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

☒ **CORPORATE SERVICE:** By leaving a copy of this process with _David Burroughs_ (Title) _Mail Clerk & Authorized Agent_, a person authorized to accept service and informed the person of the contents thereof.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ **NON SERVICE:** I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: _Male_   Race: _Black_   Hair: _Black_   Approx. Age: _38_   Height: _5'4-5'8"_   Weight: _161-200#_

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of _D.C_
County of _N/A_

X _Michael Coley_ (signature)
Michael A. Coley
(Print Name)

Subscribed and Sworn to before me on this _19th_ day of _November_, 20_15_

_(signature)_
Signature of Notary Public

Castina Jewel Watson
Notary Public, District of Columbia
My Commission Expires 8/31/2020

Job: 307907
File:

## AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

Case No.: **3:15 CV 111 CRW CFB**

Plaintiff: **Calvin Hammock**
vs.
Defendant: **NASA Headquarters, et al.1**

RECEIVED
DEC 0 4 2015
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

I, _Rachel Call_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Iowa_.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **United States Attorney's Office**

Address where attempted or served: **110 East Court Avenue, Suite 286, Des Moines, IA 50309**

On _11/23/2015_ at _2:55 PM_ I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Carrie Scraggins_
(Title) _Administrative Assistant_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: _F_  Race: _White_  Hair: _Blonde_  Approx. Age: _35_  Height: _5'5"_  Weight: _110_

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of _Iowa_
County of _Polk_

X _Rachel Call_
_Rachel Call_
(Print Name)

Subscribed and Sworn to before me on this _23rd_ day of _November_, 2015.

_Pamela J. Lilja_
Signature of Notary Public

[Notary Seal: PAMELA J. LILJA, MY COMMISSION EXP 7-11-18, COMM. NO. 173116, NOTARIAL SEAL - IOWA]

Job: 307908
File: