## AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

Case No.: **3:15 CV 111 CRW CFB**

Plaintiff: **Calvin Hammock**
vs.
Defendant: **NASA Headquarters, et al.l**

I, _Stephen Paul Hutson_ , being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _California_.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **Blackberry (Curve) Corporation**

Address where attempted or served: **6700 Koll Center Parkway #200, Pleasanton, CA 94566**

On _11-18-15_ at _4:35_ , I (x) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Bethann Marison_
(Title) _Receptionist_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with
_____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: _F_ Race: _W_ Hair: _Brn_ Approx. Age: _30_ Height: _5'5_ Weight: _130_

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of _California_

County of _Contra Costa_

Subscribed and Sworn to before me on this

_23_ day of _November_, 20_15_

_____
Signature of Notary Public

X _____
_Stephen Hutson_
(Print Name)

HAYLEY HORNBUCKLE
COMM. #2035030
Notary Public - California
Contra Costa County
My Comm. Expires July 29, 2017

Job: 307914
File: