## AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

Case No.: **3:15 CV 111 CRW CFB**

Plaintiff: **Calvin Hammock**
vs.
Defendant: **NASA Headquarters, et al.1**

I, __Michael Siegel__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __Missouri__.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **Virgin Mobile, c/o Spring Legal Department**

Address where attempted or served: **6480 Sprint Parkway, Overland Park, KS 66251**

On __11-17-15__ at __1:25pm__, I (X) Served ( ) Non-served the within named defendant in the following manner:

[ ] **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

[X] **CORPORATE SERVICE:** By leaving a copy of this process with __Amy Ware__ (Title) __Subpoena Compliance__, a person authorized to accept service and informed the person of the contents thereof.

[ ] **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

[ ] **NON SERVICE:** I have been unable to effect service because of the following reason(s): _____

Description of person process was left with:

Sex: __Female__ Race: __White__ Hair: __Brown__ Approx. Age: __35__ Height: __5'3"__ Weight: __150__

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of __Missouri__

County of __Clay__

X __Michael Siegel__
__Michael Siegel__
(Print Name)

Subscribed and Sworn to before me on this __23__ day of __November__, 20__15__

__Delynna Siegel__
Signature of Notary Public

DELYNNA K. SIEGEL
Notary Public - Notary Seal
State of Missouri
Commissioned for Clay County
My Commission Expires: February 14, 2019
Commission Number: 14004675

Job: 307902
File:

RECEIVED DEC 09 2015 CLERK OF DISTRICT COURT SOUTHERN DISTRICT OF IOWA