IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>    Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, CHARLES BOLDEN ADMINISTRATOR; DEPARTMENT OF DEFENSE, SECRETARY OF DEFENSE; SPACE EXPLORATION TECHNOLOGIES SPACE X; APPLE; BLACKBERRY (CURVE) CORPORATION; VIRGIN MOBILE; MEDIACOM WIFI; AMERICAN WATER IOWA; ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS,<br><br>    Defendants. | Case No. 3:15-cv-111-CRW-CFB<br><br><br><br>**NOTICE OF APPEARANCE OF MICHAEL R. RECK FOR DEFENDANT VIRGIN MOBILE** |

    Michael R. Reck hereby enters his appearance as counsel for Defendant Virgin Mobile in the above-captioned action.

                            Respectfully submitted,

                            BELIN McCORMICK, P.C.

                            By   /s/ Michael R. Reck
                                Michael R. Reck            *Lead Counsel*
                            666 Walnut Street, Suite 2000
                            Des Moines, IA  50309-3989
                            Telephone:  (515) 283-4645
                            Facsimile: (515) 558-0645
                            E-mail:  mrreck@belinmccormick.com
                            ATTORNEY FOR DEFENDANT VIRGIN MOBILE

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on December 9, 2015, by

☒  Electronic Filing System    ☒  Other  U.S. Mail

| | |
|---|---|
| Calvin Hammock<br>5106 Brown Street<br>Davenport, IA  52806<br>*Pro Se Plaintiff* | NASA Headquarters<br>Charles Bolden Administrator<br>300 E. Street SW<br>Washington, DC  20024-3210 |
| Department of Defense<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC  20301-1000 | Space Exploration Technologies Space X<br>1 Rocket Road<br>Hawthorne, CA  90250 |
| Philip A. Burian<br>Simmons Perrine Moyer Bergman PLC<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, IA  52401<br>*Attorneys for Apple, Inc.* | Blackberry (Curve) Corporation<br>6700 Koll Center Parkway, #200<br>Pleasanton, CA  94566 |
| Terri L. Combs<br>Faegre Baker Daniels, LLP<br>801 Grand Avenue<br>33rd Floor<br>Des Moines, IA  50309<br>*Attorneys for MCC Iowa, LLC d/b/a Mediacom* | American Water Iowa<br>1025 Laurel Oak Road<br>Vorhees, NJ  08043 |

Signature:   /s/ Shannon Olson

N0320\0015\(02304244)

- 2 -