# AFFIDAVIT OF SERVICE

**RECEIVED**
DEC 1 0 2015
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Court: **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA**

Case No.: **3:15 CV 111 CRW CFB**

Plaintiff: **Calvin Hammock**
vs.
Defendant: **NASA Headquarters, et al.l**

I, __John Freiberger__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 1,17-001,199. I further acknowledge that I am authorized to effectuate service of process in the State of __New York__.

Type of Process: **Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support**

Defendant to be served: **Mediacom WiFi**

Address where attempted or served: **1 Mediacom Way, Mediacom Park, NY 10918**

On __11/19/15__ at __11:30 am__, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with __Bruce Gluckman__
(Title) __Head of Legal Department__, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:
Sex: __M__   Race: __White__   Hair: __Salt & pepper__   Approx. Age: __54__   Height: __5'9__   Weight: __190-200 lbs__
Comments: __Balding, beard__

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of __New York__
County of __Westchester__

X _____
__John Freiberger__
(Print Name)

Subscribed and Sworn to before me on this __25th__ day of __November__, 20__15__.

_____
Signature of Notary Public

Job: 307913
File:

Sherese D Wright
Notary Public - State of New York
No. 01WR6292735
Qualified in Westchester County
My Commission Expires 11/4/17