# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA



Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806

    Plaintiff/ Petitioner

       Pro se    Docket No. 3:15-cv-00111-CRW-CFB

**MOTION FOR DEFAULT**

**JUDGEMENT**

vs.

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW.
Washington D.C. 20024-3210

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Space Exploration Technologies Space X
1 Rocket Road
Hawthorne, California 90250

Apple
1 Infinite Loop
Cupertino, California 95014

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566

Virgin Mobile
Sprint Legal Department
6480 Sprint Parkway
Overland Park, KS 66251

Mediacom WiFi
One Mediacom Way
Mediacom Park, New York 10918
aka MCC Iowa, LLC, d/b/a Mediacom

Iowa American Water
5201 Grand Avenue
Davenport, Iowa 52807

Any Yet un-Identified Entities,
Persons, Satellites, Govt.Agencies,
Govt. Technologies,Inter Agencies,
Fusion Center Participant Partners
Corporations, Companies, Software used
by and with State Actors and Temporary
State Actors

                Defendant / Respondents

---

## MOTION FOR DEFAULT JUDGEMENT

COMES NOW the Plaintiff Pro Se, so Moves this Court pursuant to Federal Rules of Civil Procedure Rule 55 (a) and Rule 55 (b) (1) to grant this Motion for Default Judgement against Space Exploration Technologies (SPACE X) in the amount of the milestone payment Space Exploration Technologies received from Defendant NASA for the successful liftoff launch of the Dragon Falcon Engine launch on May 22, 2012 where Plaintiff began to receive signal related injuries during said liftoff launch.

1. Defendant Space Exploration Technologies ( SPACE X) were served Summons in this civil action, complaint with jury demand, amend to complaint and exhibits , letter to counsel, proof of service , motion for appointment of counsel and affidavit in support, on November 18, 2015 at 10:45 a.m.  copy presented  by Jermaine Daniels to a person authorized to accept service at Space Explorations Technologies on the above mentioned date. (See Affidavit of Service received December 4, 2015 by Clerk of District Court for SOUTHERN DISTRICT OF IOWA Document 7 court filing).

2. Jermaine Daniels being duly sworn in the STATE OF CALIFORNIA provided notarized signature proof of Affidavit of Service on November 18, 2015

3. Clerk of UNITED STATES DISTRICT COURT for SOUTHERN DISTRICT OF IOWA electronically filed and recorded on December 4, 2015 at 9:54 a.m. the above affidavit of service.

4. Defendant Space Exploration Technologies (SPACE X) received notice from Clerk of the Court of the UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA to answer Plaintiffs complaint due on December 9, 2015.

5. Defendant Space Exploration Technologies (SPACE X) answer to Plaintiffs complaint was due according to Federal Rule of Civil Procedure Rule 12 (a) (1) (A) (1) within 21 days after being served with summons and complaint.

6. Plaintiffs claim in part is for 100 million dollars US attributed to the Milestone Payment Space Exploration Technologies (SPACE X) received for the successful May 22, 2012 Dragon Falcon Engine Space X liftoff launch where Plaintiff signal injuries occurred and began. The milestone payment amount is stated in the OFFICE OF INSPECTOR GENERAL AUDIT REPORT No. IG-13-016 (Assignment No A-12-024-00) see Plaintiffs complaint Exhibit 8 pg 41-45 stating contract amounts awarded. Plaintiff has calculated the 100 million amount to be in accord with the milestone payment of the May 22, 2012 successful liftoff launch, but this amount may be on the low end as different amounts that are substantially higher were awarded for meeting milestone objectives at different stages of the space act agreement.

For these foregoing reasons Plaintiff so moves this Court under Federal Rules of Civil Procedure Rule 55 (a) and Rule 55(b) (1) to GRANT this MOTION FOR DEFAULT JUDGEMENT against Space Exploration Technologies (SPACE X) for the RELIEF SOUGHT amount of 100 million US dollars being in the proximity to the milestone payment where Plaintiffs signal related injuries began.

I declare under penalty of perjury that the foregoing is true and correct.

dated: 12-10-15    _(signature)_

Respectfully Submitted

Subscribed and Sworn by _(signature)_

On December 10, 2015

SARA M. LUTZE
Commission Number 789983
My Commission Expires
5-13-2016
NOTARIAL SEAL IOWA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

Calvin Hammock
5106 Brown Street
Davenport, Iowa  52806

    Plaintiff/ Petitioner

        Pro se       Docket No  3:15-cv-00111-CRW-CFB

**PROOF OF SERVICE**

vs.

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW.
Washington D.C. 20024-3210

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Space Exploration Technologies  Space X
1 Rocket Road
Hawthorne, California 90250


Apple
1 Infinite Loop
Cupertino, California 95014

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566


Virgin Mobile
Sprint Legal Department
6480 Sprint Parkway
Overland Park, KS 66251

Mediacom WiFi
One Mediacom Way
Mediacom Park, New York 10918
aka MCC Iowa, LLC, d/b/a Mediacom

Iowa American Water
5201 Grand Avenue
Davenport, Iowa 52807

2

Any Yet un-Identified Entities,
Persons, Satellites, Govt.Agencies,
Govt. Technologies,Inter Agencies,
Fusion Center Participant Partners
Corporations, Companies, Software used
by and with State Actors and Temporary
State Actors

                    Defendant / Respondents

# PROOF OF SERVICE

I Calvin Hammock do swear on December 10 2015 that I filed a MOTION FOR DEFAULT JUDGMENT against Space Exploration Technologies (SPACE X) for a specified amount. I am sending copies of said MOTION FOR DEFAULT JUDGEMENT to all Defendants and/ or their attorneys by certified mail through the United States Postal Service. I also am sending copies to The United States Attorney's General at Department of Justice in Washington D.C. as well as United States Attorneys Office at 110 E. Court Avenue in Des Moines Iowa. For those attorneys whom have filed Notice of Appearance for some Defendants I will be sending a copy of the Motion and Proof of Service to their respective offices. I will be mailing 2 copies to the Defense Department , One to 1000 Defense Pentagon c/o Secretary of Defense Washington , D.C. the other to Department of Defense 1235 South Clark # 1540, Arlington Virginia 22202 as this address was given to the

hired ELITE PROCESS SERVING process server by Defense Department Personnel at the PENTAGON as the correct place to accept service for the Department of Defense. Plaintiff has yet to receive said completed affidavit of service upon the Department of Defense.

I declare under penalty of perjury the foregoing is true.

Date  12-10-15                                   *[signed] Calvin Hammock*

Subscribed and Sworn by  *[signed] Sara M. Lutze*
On  12/10, December 10  2015

> NOTARIAL SEAL IOWA
> SARA M. LUTZE
> Commission Number 789983
> My Commission Expires
> 5-13-16

4.