RECEIVED
DEC 1 0 2015
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806

    Plaintiff/ Petitioner

               Pro se        Docket No. 3:15-cv-00111-CRW-CFB

**BRIEF IN SUPPORT OF**

**MOTION FOR DEFAULT**

**JUDGEMENT**

vs.

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW.
Washington D.C. 20024-3210

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Space Exploration Technologies  Space X
1 Rocket Road
Hawthorne, California 90250

Apple
1 Infinite Loop
Cupertino, California 95014

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566

Virgin Mobile
Sprint Legal Department
6480 Sprint Parkway
Overland Park, KS 66251

Mediacom WiFi
One Mediacom Way
Mediacom Park, New York 10918
aka MCC Iowa, LLC, d/b/a Mediacom

Iowa American Water
5201 Grand Avenue
Davenport, Iowa 52807

Any Yet un-Identified Entities,
Persons, Satellites, Govt.Agencies,
Govt. Technologies,Inter Agencies,
Fusion Center Participant Partners
Corporations, Companies, Software used
by and with State Actors and Temporary

State Actors

Defendant / Respondents

## TABLE OF CONTENTS

SUMMARY..................................................................................3

LEGAL STANDARD ...................................................................5

    Federal Rule Civil Procedure 12(a) (1)(A)(1).............................4, 5, 6

    Federal Rule Civil Procedure 55 (a) (b) (1) ................................5, 6, 7

ARGUMENT .................................................................................6

    Defendant SPACE EXPLORATION TECHNOLOGIES ( SPACE X) failed to respond according within 21 days according to the Federal Rules of Civil Procedure and Plaintiff Filed Motion for Default Judgement against Defendant Space X as allowed by

    FRCP 55 (a) (b) (1)..................................................................6, 7

CONCLUSION ............................................................................6, 7

CERTIFICATE OF SERVICE ..........................................................7

# BRIEF IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT

## Summary

Defendant SPACE EXPLORATION TECHNOLOGIES ( SPACE X) received notice to respond to Plaintiffs complaint within 21 days not counting the day Defendants received Plaintiffs Summons Complaint etc. Response to Plaintiffs complaint was due on December 9, 2010 according to Federal Rule of Civil Procedure 12 (a) (1) (A) (1) within 21 days after being served.

(Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing

(a) TIME TO SERVE A RESPONSIVE PLEADING.
(1) *In General*. Unless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows:

(A) A defendant must serve an answer:
(i) within 21 days after being served with the summons and complaint; or)

Plaintiff filed a Motion for Default Judgement in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA on

4

December 10, 2015. Plaintiff is now filing a Brief in support of such Motion on December 10, 2015 with copies to be mailed to defendants and or defendants attorneys the following day by registered mail.

**FEDERAL RULE OF CIVIL PROCEDURE RULE 55 Default Judgment**

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT.
(1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk— on the plaintiff's request, with an affidavit showing the amount due— must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

## LEGAL STANDARD

The Defendant SPACE EXPLORATIONS TECHNOLOGIES (SPACE X) did not comply with the Federal Rules of Civil Procedure Rule 12 (a) (1) (A) (1) and as mandated by Rule 55 (a) (b) (1) the Clerk must enter Judgement against Defendant Space Exploration Technologies ( Space X ).

ARGUMENT I

Plaintiff filed a Civil Rights complaint against numerous defendants for receiving an injury related to Space X and NASA collaborated Dragon Falcon Engine liftoff. Plaintiff filed a Federal Tort claim on Federal Claim form 95 within the 2 year period of Plaintiffs initiated injury and was a claim that was in limbo since meeting the 2 year statute of limitations for filing a federal claim. Plaintiff again asserts that Space X did not file a response to Plaintiffs federal complaint as mandated by Federal Rules of Civil Procedure Rule 12(a) (1) (A) (1). A default Judgment is warranted under Federal Rules of Civil Procedure Rule 55 (a) (b) (1).

CONCLUSION

For these foregoing reasons Plaintiff so moves this Court under Federal Rules of Civil Procedure Rule 55 (a) and Rule 55(b) (1) to GRANT this MOTION AND BRIEF FOR DEFAULT JUDGEMENT against Space Exploration Technologies (SPACE X) for the RELIEF SOUGHT amount of 100 million US dollars being in the proximity to the milestone payment where Plaintiffs signal related injuries began.

6

I declare under penalty of perjury that the foregoing is true and correct.

dated: 12-10-15

Respectfully Submitted

Subscribed and Sworn by Analleli Roloff

On December 10, 2015



ANALLELI ROLOFF
Commission Number 790335
My Commission Expires
6-5-18

Certificate of Service

I hereby certify that on the following day that I will mail to all Defendants and or Defendants Attorneys a copy of the Above Brief in Support of Plaintiffs Motion For Default Judgement against SPACE EXPLORATION TECHNOLOGIES (SPACE X).

7