UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

RECEIVED
DEC 17 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Calvin Hammock,

    Plaintiff

v.

NASA Headquarters, et al.,

    Defendants

No. 3:15 CV 00111 CRW-CFB

**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S
MOTION TO DISMISS**

TO THE HONORABLE COURT:

Defendant Space Exploration Technologies Corp. ("SpaceX") hereby moves to dismiss the claims asserted against it in this action. Specifically, as explained in SpaceX's supporting memorandum, the Court should (i) dismiss SpaceX pursuant to Rule 12(b)(2) for lack of personal jurisdiction; (ii) dismiss all claims against SpaceX pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction; and (iii) dismiss all claims against SpaceX pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Respectfully Submitted,

_/s/ Christopher Cardaci_

Christopher Cardaci, Senior Counsel
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 220E
Washington DC 20005
202-649-2716 (o)
202-285-8834 (m)
Christopher.Cardaci@SpaceX.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S MOTION TO DISMISS" was mailed to the parties to this action on December 16, 2015 at the following addresses:

Calvin Hammock
5106 Brown Street
Davenport, IA 52806

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Blackberry (Curve) Corporation
6700 Knoll Ctr Pkwy, #200
Pleasanton, CA 94566

American Water Iowa
1025 Laurel Oak Rd
Vorhees, NJ 08043

NASA
Charles Bolden, Administrator
300 E Street, NW
Washington DC 20024-3210

Apple
1 Infinite Loop
Cupertino, CA 95014

Mediacom WiFi
One Mediacom Way
Mediacom Park, NY 10918

Belin McCormick, PC
Michael Reck
666 Walnut Street, Ste 2000
Des Moines, IA 50309-3989
Attorneys for Virgin Mobile

_____
Christopher Cardaci, Senior Counsel
Space Exploration Technologies Corp., pro se
1030 15th Street NW Suite 220E
Washington DC 20005
202-649-2716 (o)
202-285-8834 (m)