IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>　　Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, CHARLES BOLDEN ADMINISTRATOR; DEPARTMENT OF DEFENSE, SECRETARY OF DEFENSE; SPACE EXPLORATION TECHNOLOGIES SPACE X; APPLE; BLACKBERRY (CURVE) CORPORATION; VIRGIN MOBILE; MEDIACOM WIFI; AMERICAN WATER IOWA; ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS,<br><br>　　Defendants. | Case No. 3:15-cv-111-CRW-CFB<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**DEFENDANT VIRGIN MOBILE'S RULE 7.1 DISCLOSURE STATEMENT** |

　　As required by LR 7.1 and LR 81(c) and (d), Defendant, Virgin Mobile,[1] provides the following information to the Court:

　　*(a)　The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:*

　　The following entities have an interest in this litigation: Virgin Mobile USA, L.P., Sprint Ventures, Inc., Bluebottle USA Holdings, L.P., Virgin Mobile USA, Inc., VMU SP1, LLC and

---

[1] The proper legal name for this entity is Virgin Mobile USA, L.P.

Sprint Corporation.  No other company owns more than a 10% interest in any of these companies.

*(b)   With respect to each entity names in response to (a), the following describes its connection to or interest in the litigation, or both:*

Bluebottle USA Holdings, L.P., Virgin Mobile USA, Inc. and Sprint Ventures, Inc. have an economic interest in Virgin Mobile USA, L.P.  VMU GP1, LLC owns 100% of the voting interest in Virgin Mobile USA, L.P.  Virgin Mobile USA, L.P. is an indirect subsidiary of Sprint Corporation.

Respectfully submitted,

BELIN McCORMICK, P.C.

By  /s/ Espnola F. Cartmill
    Michael R. Reck        *Lead Counsel*
    Kelsey J. Knowles
    Espnola F. Cartmill

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:   (515) 283-4645
Facsimile:    (515) 558-0645
E-mail:         mrreck@belinmccormick.com
               kjknowles@belinmccormick.com
               efcartmill@belinmccormick.com

ATTORNEYS FOR DEFENDANT VIRGIN MOBILE

- 3 -

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the parties to this action by serving a copy upon each party listed below on December 17, 2015, by

☑ Electronic Filing System   ☑ Other U.S. Mail

Calvin Hammock
5106 Brown Street
Davenport, IA 52806
*Pro Se Plaintiff*
(via Electronic Filing System)

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210
(via U.S. Mail)

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000
(via U.S. Mail)

Christopher Cardaci
1030 15th Street NW, Suite 220E
Washington, DC 20005
*Attorney for Space Exploration Technologies Space X*
(via Electronic Filing System)

Philip A. Burian
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorneys for Apple, Inc.*
(via Electronic Filing System)

Blackberry (Curve) Corporation
6700 Koll Center Parkway, #200
Pleasanton, CA 94566
(via U.S. Mail)

Terri L. Combs
Faegre Baker Daniels, LLP
801 Grand Avenue
33rd Floor
Des Moines, IA 50309
*Attorneys for MCC Iowa, LLC d/b/a Mediacom*
(via Electronic Filing System)

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043
(via U.S. Mail)

Signature: /s/ Shannon Olson

N0320\0015\ (02304222)