IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| CALVIN HAMMOCK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:15-cv-00111-CRW-CFB |
| vs. | ) | |
| | ) | |
| NASA HEADQUARTERS, | ) | |
| DEPARTMENT OF DEFENSE, | ) | |
| SPACE EXPLORATION | ) | |
| TECHNOLOGIES SPACE X, APPLE, | ) | |
| BLACKBERRY (CURVE) | ) | |
| CORPORATION, VIRGIN MOBILE, | ) | |
| MEDIACOM WIFI, AMERICAN | ) | |
| WATER IOWA, ANY YET | ) | |
| UN-IDENTIFIED ENTITIES, | ) | |
| PERSONS, SATELLITES, GOVT. | ) | |
| AGENCIES, GOVT. TECHNOLOGIES | ) | |
| INTER AGENCIES, FUSION CENTER | ) | |
| PARTICIPANT PARTNERS | ) | |
| CORPORATIONS, COMPANIES, | ) | |
| SOFTWARE USED BY AND WITH | ) | |
| STATE ACTORS AND TEMPORARY | ) | |
| STATE ACTORS | ) | |
| Defendants. | ) | |

## APPLE INC.'S LR 7.1 DISCLOSURE STATEMENT

As required by LR 7.1, Apple Inc. provides the following information to the court:

*(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendants as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in Defendants' outcome in the case:*

Apple Inc. hereby states that it has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock. As of this date, there are no pecuniary interests to report.

*b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

None.

/s/ Philip A. Burian
PHILIP A. BURIAN
*Simmons Perrine Moyer Bergman PLC*
115 Third Street SE, Suite 1200
Cedar Rapids, IA  52401
Phone: 319-366-7641
Facsimile: 319-366-1917
E-Mail:  pburian@simmonsperrine.com

*ATTORNEYS FOR APPLE INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following counsel of record:

Terri L. Combs
Faegre Baker Daniels, LLP
801 Grand Avenue
33rd Floor
Des Moines, IA 50309
Phone: 515-248-9000
Facsimile: 515-248-9010
E-mail: terri.combs@faegrebd.com
*Attorney for Defendant MCC Iowa, LLC, d/b/a Mediacom*

Michael R. Reck
Kelsey J. Knowles
Espnola F. Cartmill
Belin McCormick, P.C.
666 Walnut Street
Suite 2000
Des Moines, IA 50309-3989
Phone: 515-283-4645
Fax: 515-558-0645
Email: mrreck@belinmccormick.com
        kjknowles@belinmccormick.com
        efcartmill@belinmccormick.com
*Attorneys for Virgin Mobile*

2

Christopher Cardaci
Space Exploration Technologies Corp.
1030 15th Street NW Suite 220E
Washington, DC 20005
Phone: 202-649-2716
*Attorney for Space Exploration Technologies Corp.*

I hereby certify that on December 18, 2015, I transmitted the foregoing by U.S. mail to the following:

Calvin Hammock
5106 Brown Street
Davenport, IA 52806
*Plaintiff*

/s/ Philip A. Burian
Philip A. Burian