

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806

    Plaintiff/ Petitioner
        Pro Se

                **MOTION FOR DEFAULT**

                **JUDGEMENT AGAINST**

VS              **BLACKBERRY CURVE CORP.**

NASA HEADQUARTERS, DEPARTMENT
OF DEFENSE, SPACE EXPLORATION
TECHNOLOGIES SPACE X, APPLE,
BLACKBERRY, CURVE CORP. VIRGIN
MOBILE, MEDIACOM MCC IOWA LLC,
AMERICAN WATER IOWA , ANY YET UN-
IDENTIFIED ENTITIES , PERSONS,
SATELLITES, GOVT AGENCIES, GOVT.
TECHNOLOGIES, INTERAGENCIES, FUSION
CENTER PARTICIPANT PARTNERS
CORPORATIONS, COMPANIES, SOFTWARE USED
BY AND WITH STATE ACTORS & TEMPORARY
STATE ACTORS

                      **DEFENDANTS**

## MOTION FOR DEFAULT JUDGEMENT

COMES NOW the Plaintiff Pro Se, so moves this Court pursuant to Federal Rules of Civil Procedure Rule 55 (a) and Rule 55 (b) (1) to grant this Motion for Default Judgement against Blackberry Curve Corporation in the amount as specified in Plaintiffs Complaint in the amount of 100,000,000 for Plaintiff's injuries that that initiated during the NASA Space X Launch of the Dragon Falcon engine spacecraft though heterodyned signals through the electromagnetic field to assault Plaintiff on May 22, 2012 as well as the injury Plaintiff suffered from on November 3, 2012 while in Des Moines, Iowa at the rally for the Re-Election of President Barack Obama.

1. Defendant Blackberry Curve Corporation was served a Summons and Complaint in this civil action with a jury demand, amend to complaint and exhibits, letter to counsel and affidavit in support of on November 18, 2015 . See Affidavit of Service received DECEMBER 9, 2015 in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA.  See document 13 Filed in this Civil Case.

2. Stephen Huston being duly sworn in the State of California provided Notarized signature proof of Affidavit of Service to Blackberry Curve Corporation on November 18, 2015.

3. Defendant Blackberry Curve Corporation was required by Federal Rules of Civil Procedure 12(a)(1)(A)(i) and Local District Court Rule 5.2 l,1 to respond to Plaintiffs Summons and Complaint within 21 days.

4. Fed. R. Civ. Pro. 8 (6) The effect of failing to deny admits Plaintiffs allegations against Blackberry Curve corporation.

For these foregoing reasons Plaintiff so moves this Court under Federal Rules of Civil Procedure Rule 55 (a) and Rule 55(b) (1) to GRANT THIS MOTION FOR DEFAULT JUDGEMENT against Blackberry Curve Corporation in the proximity of the amount Plaintiff has requested where Plaintiffs Injuries began and specifically for the May 22, 2012 injury as well as the November 3, 2012 injury.

I declare under penalty of perjury the foregoing is true and correct.

Dated December 21, 2015

Respectfully Submitted

Subscribed and Sworn by: Analleli Roloff

On December 21, 2015



ANALLELI ROLOFF
Commission Number 790335
My Commission Expires
6-5-18

3.