### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS<br><br>Defendants. | Case No. 3:15-cv-00111-CRW-CFB<br><br><br>**MCC IOWA, LLC'S<br>DISCLOSURE STATEMENT** |

As required by Local Rule 7.1, Defendant in this case, MCC Iowa, LLC, d/b/a Mediacom—incorrectly identified as Mediacom WiFi in the Summons and Complaint—provides the following information to the Court:

(a)   *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:*

MCC Iowa, LLC d/b/a Mediacom has as its sole member Mediacom Broadband LLC, which has as its sole member Mediacom Communications Corporation, a privately-held company.  Mediacom Communications Corporation is a fully owned subsidiary of JMCC

Corporation, another privately-held company.  No publicly-held company owns 10% or more of MCC Iowa, LLC's stock.

(b)      *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

The only entity with a direct connection to this litigation is MCC Iowa, LLC d/b/a Mediacom.  The other entities listed in section (a) above are related entities that could have an indirect financial interest.


Dated:  December 21, 2015.                    FAEGRE BAKER DANIELS LLP

                                              /s/ Terri L. Combs
                                              Terri L. Combs, *Lead Counsel*
                                              terri.combs@FaegreBD.com
                                              801 Grand Avenue, 33rd Floor
                                              Des Moines, Iowa 50309
                                              Telephone:  (515) 248-9000
                                              Facsimile:  (515) 248-9010
                                              **Attorney for Defendant**
                                              **MCC Iowa, LLC d/b/a Mediacom**

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing was served through the Court's CM/ECF filing system and through U.S. Mail on the 21st day of December, 2015 on the following:

**VIA U.S. Mail**

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Plaintiff/Petitioner*

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210

Blackberry (Curve) Corporation
6700 Koll Center Parkway, #200
Pleasanton, CA 94566

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043

**VIA ECF**

Philip A. Burian
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorney for Apple, Inc.*

Michael R. Reck
Belin McCormick, P.C.
Kelsey J. Knowles
666 Walnut Street, Suite 2000
Des Moines, IA 50309
*Attorneys for Virgin Mobile*

Christopher Cardaci
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 220E
Washington, D.C. 20005
*Senior Counsel for Space Exploration Technologies Corp.*


/s/ Terri L. Combs