# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CALVIN HAMMOCK, | Case No. 3:15-cv-00111-CRW-CFB |
| Plaintiff, | |
| v. | |
| NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS | **MCC IOWA, LLC'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS** |
| Defendants. | |

Comes now Defendant MCC Iowa, LLC, d/b/a Mediacom ("Mediacom"), by and through its undersigned counsel, and hereby respectfully submits its Reply Brief in Further Support of Its Motion to Dismiss Plaintiff Calvin Hammock's ("Plaintiff") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

## ARGUMENT

In Plaintiff's Resistance to Mediacom's Motion to Dismiss, he asserts that his 42 U.S.C. §§ 1983 and 1985 claims have not expired because "Plaintiff's complaint on Federal Claim form 95 was sent to the Department of Defense and NASA on February 7, 2014 within the 2 year statute of limitations . . . ." (D.I. 25 at pg. 11). However, what Plaintiff has failed to appreciate

is that administrative complaints submitted pursuant to the Federal Tort Claims Act do not toll the statute of limitations against private entities such as Mediacom. *See Jack's Canoes & Kayaks, LLC v. Nat'l Park Serv.*, 933 F. Supp. 2d 58, 74 (D.D.C. 2013) ("Plaintiff provides no authority for the proposition that the FTCA statute of limitations (which applies to actions *against the United States,* 28 U.S.C. § 2401(a)) governs . . . insofar as it is asserted against . . . a non-federal defendant, and this Court is aware of none." (emphasis in original)). Thus, the timing of Plaintiff's administrative complaint is irrelevant to his claims against Mediacom. And, as Mediacom explained in its Motion to Dismiss, the two year statute of limitation on Plaintiff's Section 1983 and 1985 claims against Mediacom has expired. (D.I. 19-1 at pgs. 12-14).

Plaintiff's Resistance does not otherwise raise any arguments that are not fully disposed of by Mediacom's Brief in Support of its Motion to Dismiss. (D.I. 19-1). The expiration of the statute of limitation, the lack of sufficient allegations to support a § 1983 or § 1985 claim, the failure to plead a tort cause of action, and the lack of subject matter jurisdiction due to Plaintiff's facially implausible factual theory each separately and independently require dismissal of all claims against Mediacom, to the extent any have even been asserted.

## CONCLUSION

For the foregoing reasons, and the reasons provided in Mediacom's Motion to Dismiss, Mediacom respectfully requests the Court dismiss the Complaint against Mediacom with prejudice.

Dated:  December 29, 2015.                         FAEGRE BAKER DANIELS LLP

/s/ Terri L. Combs
Terri L. Combs, *Lead Counsel*
terri.combs@FaegreBD.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone:  (515) 248-9000

3

        Facsimile: (515) 248-9010
**Attorney for Defendant**
**MCC Iowa, LLC d/b/a Mediacom**

Case 3:15-cv-00111-JAJ-CFB   Document 30   Filed 12/29/15   Page 3 of 5

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing was served through the Court's CM/ECF filing system and through U.S. Mail on the 29th day of December, 2015 on the following:

**VIA U.S. Mail**

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Plaintiff/Petitioner*

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210

Blackberry (Curve) Corporation
6700 Koll Center Parkway, #200
Pleasanton, CA 94566

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043


**VIA ECF**

Philip A. Burian
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorney for Apple, Inc.*

Michael R. Reck
Belin McCormick, P.C.
Kelsey J. Knowles
666 Walnut Street, Suite 2000
Des Moines, IA 50309
*Attorneys for Virgin Mobile*

Christopher Cardaci
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 220E
Washington, D.C. 20005
*Senior Counsel for Space Exploration Technologies Corp.*

/s/ Terri L. Combs