IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK, | ) )  |
| Plaintiff, | ) Case No. 3:15-cv-00111-CRW-CFB ) ) |
| v. | ) ) |
| NASA HEADQUARTERS; et al., | ) **LIMITED APPEARANCE** ) |
| Defendants. | ) ) |

The undersigned attorneys hereby enter their limited appearance on behalf of Defendant Blackberry (Curve) Corporation ("Blackberry") in the above-captioned case. This appearance is limited to the purpose of challenging the sufficiency of service of process by the Plaintiff and resisting the Plaintiff's pending Motion for Default Judgment. By entering this limited appearance, Blackberry does not waive any defenses based on jurisdiction or sufficiency of service of process.

- 2 -

WEINHARDT & LOGAN, P.C.

By /s/ Mark E. Weinhardt
Mark E. Weinhardt        AT0008280
Todd M. Lantz            AT0010162

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlogan.com
tlantz@weinhardtlogan.com

ATTORNEYS FOR DEFENDANT
BLACKBERRY (CURVE)
CORPORATION

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action electronically via CM/ECF and by serving a copy upon the parties below via U.S. Mail on ___12/29___, 2015:

Calvin Hammock
5106 Brown Street
Davenport, IA 52806

Signature: /s/ M. Baldus