# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

Calvin Hammock  
 Plaintiff(s),

vs.

NASA Headquarters, et al.l  
 Defendant(s),

Case No.: 3:15 CV 111 CRW CFB

**AFFIDAVIT OF SERVICE**

**RECEIVED**  
DEC 30 2015  
CLERK OF DISTRICT COURT  
SOUTHERN DISTRICT OF IOWA

I, Elizabeth Langan, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support

Defendant to be served: Iowa American Water

Address where served: 5201 Grand Avenue, Davenport, IA 52807

On December 22, 2015 at 11:28 AM, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with Brittany Payne Wells, (Title) Executive Administrative Assistant, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: Female - Race: Black - Hair: Black - Approx. Age: 30-35 - Height: 5'9" - Weight: 160

Comments: Signature obtained on field sheet.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

x _____  
Elizabeth Langan

State of Illinois  
County of Whiteside

Subscribed and Sworn to before me on this 24 day of Dec, 2015

Signature of Notary Public

Job: 309227  
File:

OFFICIAL SEAL  
JASON S BROWN  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES 10/09/19