# AFFIDAVIT OF SERVICE

**Court:** UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**Case No.:** 3:15 CV 111 CRW CFB

**Plaintiff:** Calvin Hammock
vs.
**Defendant:** NASA Headquarters, et al.1

RECEIVED
JAN 0 4 2016
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

I, __Dervin ROmero__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __VA__.

**Type of Process:** Summons in a Civil Action, Complaint With Jury Demand, Amend to Complaint and Exhibits, Letter to Counsel, Proof of Service and Motion for Appointment of Counsel and Affidavit in Support

**Defendant to be served:** Department of Defense, c/o Secretary of Defense

**Address where attempted or served:** 1235 South Clark Street, #1540, Arlington, VA 22202

On __11-20-2015__ at __12:21pm__, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

☒ **CORPORATE SERVICE:** By leaving a copy of this process with __Denise Shellman__
(Title) __Paralegal__, a person authorized to accept service and informed the person of the contents thereof.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2015.

☐ **NON SERVICE:** I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: __F__  Race: __Black__  Hair: __Brown__  Approx. Age: __40-45__  Height: __6'__  Weight: __161-200#__

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of __District of Columbia__
County of __N/A__

X __[signature]__
__Dervin Romero__
(Print Name)

Subscribed and Sworn to before me on this __22__ day of __December__, 20__15__.

__[signature]__
Signature of Notary Public

Cristina Jewel Watson
Notary Public, District of Columbia
My Commission Expires 8/31/2020

Job: 308560
File: