IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CALVIN HAMMOCK, <br><br> Plaintiff, <br><br> v. <br><br> NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS <br><br> Defendants. | Case No. 3:15-cv-00111-CRW-CFB <br><br><br> **NOTICE OF APPEARANCE OF ELIZABETH J. THOMPSON** |

Elizabeth J. Thompson, of the law firm of Faegre Baker Daniels LLP, hereby respectfully enters her Appearance for and on behalf of Defendant MCC Iowa, LLC, d/b/a Mediacom—incorrectly identified as Mediacom WiFi in the Summons and Complaint—in the above-captioned litigation.

Dated: January 4, 2016

FAEGRE BAKER DANIELS LLP

/s/ Elizabeth J. Thompson
Terri L. Combs, *Lead Counsel*
*terri.combs@FaegreBD.com*
Elizabeth J. Thompson
*elizabeth.thompson@FaegreBD.com*
801 Grand Avenue, 33rd Floor

1

Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**Attorneys for Defendant
MCC Iowa, LLC d/b/a Mediacom**

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing was served through the Court's CM/ECF filing system and through U.S. Mail on the 4th day of January, 2016 on the following:

**VIA U.S. Mail**

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Plaintiff/Petitioner*

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210

American Water Iowa
1025 Laurel Oak Road
Vorhees, NJ 08043

**VIA ECF**

Philip A. Burian
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorney for Apple, Inc.*

Michael R. Reck
Belin McCormick, P.C.
Kelsey J. Knowles
666 Walnut Street, Suite 2000
Des Moines, IA 50309
*Attorneys for Virgin Mobile*

Christopher Cardaci
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 220E
Washington, D.C. 20005
*Senior Counsel for Space Exploration Technologies Corp.*

Mark E. Weinhardt
Todd M. Lantz
Blackberry (Curve) Corporation
6700 Koll Center Parkway, #200
Pleasanton, CA 94566
*Attorneys for Blackberry (Curve) Corporation*

/s/ Terri L. Combs