## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS,<br><br>Defendants. | Case No. 3:15-cv-00111-CRW-CFB<br><br>**NOTICE OF APPEARANCE OF AMANDA A. JAMES** |

Amanda A. James of the law firm of Sullivan and Ward, P.C., hereby respectfully enters her Appearance for and on behalf of Defendant American Water Iowa, in the above-captioned litigation.

Dated: January 5, 2016.   SULLIVAN & WARD, P.C.

   */s/ Amanda A. James*
   Amanda Ann James   AT0009824
   6601 Westown Parkway, Suite 200
   West Des Moines, IA 50266
   Telephone: (515) 244-3500
   Facsimile: (515) 244-3599
   Email: ajames@sullivan-ward.com
   **ATTORNEY FOR DEFENDANT AMERICAN WATER IOWA**

{00462447.DOCX }

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing **Notice of Appearance of Amanda A. James** was served through the Court's CM/ECF filing system and through U.S. Mail on the 5th day of January, 2016 on the following:

**VIA U.S. Mail**

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Plaintiff/ Petitioner*

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301 -1000

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210

Christopher Cardaci
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 2208
Washington, D.C. 20005
*Senior Counsel for Space Exploration Technologies Corp*

**VIA ECF**

Philip A. Burian
Simmons Perrine Moyer
Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorney for Apple, Inc.*

Michael R. Reck
Belin McCormick, P.C.
Kelsey J. Knowles
666 Walnut Street, Suite 2000
Des Moines, IA 50309
*Attorneys for Virgin Mobile*

Elizabeth J. Thompson
Terri L. Combs
Faegre Baker Daniels, LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
*Attorneys for MCC Iowa, LLC d/b/a Mediacom*

Mark E. Weinhardt
Todd M. Lantz
Blackberry (Curve) Corporation
6700 Koll Center Parkway, #200
Pleasanton, CA 94566
*Attorneys for Blackberry (Curve) Corporation*

/s/ *Theresa J. Edman*