IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK, ) | |
| ) | Civil No. 3:15-cv-00111-JAJ-CFB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NASA HEADQUARTERS, DEPARTMENT ) | |
| OF DEFENSE, SPACE EXPLORATION ) | APPEARANCE |
| TECHNOLOGIES SPACE X, APPLE ) | |
| BLACKBERRY (CURVE) CORPORATION, ) | |
| VIRGIN MOBILE, MEDIACOM WIFI, ) | |
| AMERICAN WATER IOWA, ANY YET ) | |
| UN-IDENTIFIED ENTITIES, PERSONS, ) | |
| SATELLITES, GOVT. AGENCIES, ) | |
| GOVT. TECHNOLOGIES, INTER ) | |
| AGENCIES, FUSION CENTER ) | |
| PARTICIPANT PARTNERS ) | |
| CORPORATIONS, COMPANIES, ) | |
| SOFTWARE USED BY AND WITH STATE ) | |
| ACTORS AND TEMPORARY STATE ) | |
| ACTORS, ) | |
| ) | |
| Defendants. ) | |

COMES NOW Mary C. Luxa, Assistant United States Attorney, and hereby enters her Appearance on behalf of the United States of America, Department of Defense, in the above-captioned action.

            Respectfully Submitted,

            Kevin E. VanderSchel
            Acting United States Attorney

            By: */s/Mary C. Luxa*
                 Mary C. Luxa
                 Assistant United States Attorney
                 U.S. Courthouse Annex, 2nd Floor
                 110 E. Court Avenue
                 Des Moines, Iowa 50309
                 Telephone: (515) 473-9303
                 Facsimile: (515) 473-9282
                 Email: mary.luxa@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Calvin Hammock
Elizabeth Jane Thompson
Espnola F. Cartmill
Kelsey J. Knowles
Mark E. Weinhardt
Michael R. Reck
Philip A. Burian
Terri L. Combs
Todd M. Lantz
Christopher Cardaci
Amanda Ann James
Dennis L. Puckett

                                              */s/ Mary C. Luxa*
                                              Mary C. Luxa
                                              Assistant U.S. Attorney