IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS; et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-00111-CRW-CFB<br><br><br>**AFFIDAVIT OF BETTYNA MARNON** |

　　　　Bettyna Marnon, being duly sworn and under oath, states as follows:

　　1.　　I am employed as a receptionist at 6700 Koll Center Parkway, Suite 200, Pleasanton, CA 94566, which is the U.S. corporate headquarters for BlackBerry Corporation. I have no management responsibility in my current position. The person in charge of the reception desk at the Pleasanton office is my manager, Kelly Cheun, whose title is Director and HR Business Partner.

　　2.　　On November 18, 2015, I had been employed by BlackBerry for less than one month and was still under training. On that day, a man came to the reception desk and said he had a letter and needed me to sign for it. The man did not identify himself or indicate that he was serving legal papers. I asked him if I should get the intended recipient of the letter so they could sign for it. The delivery man said "no" and that it was fine for me to sign.

　　3.　　I am not authorized to accept service of legal papers on behalf of BlackBerry. I am not an officer, a managing agent or general agent, or any other agent

{02040467.DOC}　　　　　　　　　　　　　　　- 1 -

authorized by appointment or by law to receive service of process on behalf of BlackBerry.

4. During my brief encounter with the delivery man on November 18, 2015 (referenced in paragraph 2), I said nothing that would have suggested that I was authorized to accept service of a lawsuit.

5. The letter delivered on November 18, 2013 was not addressed to a specific person, so I opened it to determine which department should receive it. After I opened the letter, BlackBerry's legal counsel confirmed my belief that I was not authorized to accept service of legal documents on behalf of BlackBerry.

6. If the delivery man would have identified himself or stated what he was delivering, I would have called my manager and refused to accept the papers he was attempting to deliver.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 5th day of January, 2016.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

_____
BETTYNA MARNON

Subscribed and sworn to before me this 5 day of January, 2016.

_____
Notary Public for the State of California

ELIZABETH MERK
COMM. #2081846
Notary Public - California
Alameda County
My Comm. Expires Sep. 16, 2018