**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**DAVENPORT DIVISION**

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE, BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS,<br><br>Defendants. | Case No. 3:15-cv-00111-CRW-CFB<br><br>**IOWA-AMERICAN WATER COMPANY'S DISCLOSURE STATEMENT** |

As required by LR 7.1, Defendant in this case, Iowa-American Water Company -- Incorrectly identified as "American Water Iowa" in the Summons and Complaint -- provides the following information to the Court:

(a)   *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case*:

Iowa-American Water Company is a wholly owned subsidiary of American Water Works Company, Inc., a publicly traded company which owns 10% or more of Iowa-American Water Company.

(b)   *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

{00462935.DOCX }

The only entity with a direct connection to this litigation is Iowa-American Water Company. American Water Works Company, Inc. has 100% stock ownership interest in Iowa-American Water Company.

| | |
|---|---|
| Dated: January 11, 2016. | SULLIVAN & WARD, P.C. |
| | /s/ Amanda A. James |
| | Amanda Ann James    AT0009824 |
| | 6601 Westown Parkway, Suite 200 |
| | West Des Moines, IA 50266 |
| | Telephone: (515) 244-3500 |
| | Facsimile: (515) 244-3599 |
| | Email: ajames@sullivan-ward.com |
| | **ATTORNEY FOR DEFENDANT IOWA-AMERICAN WATER COMPANY** |

### Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing **Corporate Disclosure Statement** was served through the Court's CM/ECF filing system and through U.S. Mail on the 11th day of January, 2016 on the following:

**VIA U.S. Mail**

Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806
*Plaintiff/ Petitioner*

NASA Headquarters
Charles Bolden Administrator
300 E. Street SW
Washington, DC 20024-3210

Department of Defense
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301 -1000

Christopher Cardaci
Space Exploration Technologies Corp., *pro se*
1030 15th Street NW Suite 2208
Washington, D.C. 20005
*Senior Counsel for Space Exploration Technologies Corp*

**VIA ECF**

Philip A. Burian
Simmons Perrine Moyer Bergman PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
*Attorney for Apple, Inc.*

Michael R. Reck
Belin McCormick, P.C.
Kelsey J. Knowles
666 Walnut Street, Suite 2000
Des Moines, IA 50309
*Attorneys for Virgin Mobile*

| | |
|---|---|
| Elizabeth J. Thompson<br>Terri L. Combs<br>Faegre Baker Daniels, LLP<br>801 Grand Avenue, 33rd Floor<br>Des Moines, IA 50309<br>*Attorneys for MCC Iowa, LLC d/b/a Mediacom* | Mark E. Weinhardt<br>Todd M. Lantz<br>Blackberry (Curve) Corporation<br>6700 Koll Center Parkway, #200<br>Pleasanton, CA 94566<br>*Attorneys for Blackberry (Curve) Corporation* |

/s/ *Theresa J. Edman*