IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK, | ) |
| | ) Civil No. 3:15-cv-00111-JAJ-CFB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NASA HEADQUARTERS, DEPARTMENT OF DEFENSE, SPACE EXPLORATION TECHNOLOGIES SPACE X, APPLE BLACKBERRY (CURVE) CORPORATION, VIRGIN MOBILE, MEDIACOM WIFI, AMERICAN WATER IOWA, ANY YET UN-IDENTIFIED ENTITIES, PERSONS, SATELLITES, GOVT. AGENCIES, GOVT. TECHNOLOGIES, INTER AGENCIES, FUSION CENTER PARTICIPANT PARTNERS CORPORATIONS, COMPANIES, SOFTWARE USED BY AND WITH STATE ACTORS AND TEMPORARY STATE ACTORS, | ) ) MOTION FOR EXTENSION ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

COMES NOW the United States of America, by Mary C. Luxa, Assistant United States Attorney for the Southern District of Iowa, and on behalf of its agencies, NASA and the Department of Defense, respectfully requests an extension of time within which to move or plead and pursuant to LR 7.1(k) states:

1. Additional time is required within which to produce an adequate response to Plaintiff's Complaint due to the delay in the preparation of materials in support of an answer or motion to dismiss.

2. A response to the Complaint is due to the Court on January 22, 2016.

3. No previous motions for an extension have been filed.

4. There are no other court imposed deadlines.

5. An extension of time will not pose a hardship on the parties.

WHEREFORE, the Defendant respectfully prays that the Court grant an extension of time to and including February 21, 2016, to respond to Plaintiff's Complaint.

        Respectfully Submitted,

        Kevin E. VanderSchel
        Acting United States Attorney


By: */s/Mary C. Luxa*
    Mary C. Luxa
    Assistant United States Attorney
    U.S. Courthouse Annex, 2nd Floor
    110 E. Court Avenue
    Des Moines, Iowa 50309
    Telephone: (515) 473-9303
    Facsimile: (515) 473-9282
    Email: mary.luxa@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Calvin Hammock
Elizabeth Jane Thompson
Espnola F. Cartmill
Kelsey J. Knowles
Mark E. Weinhardt
Michael R. Reck
Philip A. Burian
Terri L. Combs
Todd M. Lantz
Christopher Cardaci
Amanda Ann James
Dennis L. Puckett

    */s/ Mary C. Luxa*
    Mary C. Luxa
    Assistant U.S. Attorney