# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA



Calvin Hammock
5106 Brown Street
Davenport, Iowa 52806

      Plaintiff/ Petitioner
            Pro Se

                Case No. 3:15-cv-00111-JAJ-CFB

                **NOTICE OF APPEAL**

vs

NASA HEADQUARTERS, DEPARTMENT
OF DEFENSE, SPACE EXPLORATION
TECHNOLOGIES SPACE X, APPLE,
BLACKBERRY, CURVE CORP. VIRGIN
MOBILE, MEDIACOM MCC IOWA LLC,
AMERICAN WATER IOWA , ANY YET UN-
IDENTIFIED ENTITIES , PERSONS,
SATELLITES, GOVT AGENCIES, GOVT.
TECHNOLOGIES, INTERAGENCIES, FUSION
CENTER PARTICIPANT PARTNERS
CORPORATIONS, COMPANIES, SOFTWARE USED
BY AND WITH STATE ACTORS & TEMPORARY
STATE ACTORS

            **DEFENDANTS**

# NOTICE OF APPEAL

**COMES NOW the PLAINTIFF** Pro se, so moves this Court pursuant to 28 USC 2107 and Federal Rules of Appellate Procedure Rule 3(c) governing Notice of Appeal to appeal to the United States Court of Appeals for the Eighth Circuit the **ORDER "dated" JANUARY 13, 2015** by Judge JOHN JARVEY.

Plaintiff is filing this Notice of Appeal to appeal the Order granting Defendant Apples Motion to Dismiss dated December 8, 2015, Defendants Virgin Mobiles Motion to Dismiss dated December 8, 2015, Defendants Mediacom (d/b/a) MCC IOWA LLC Motion to Dismiss dated December 10. 2015, Defendant Space Explorations Technology Motion to Dismiss dated December 17, 2015, Defendant Blackberry Corporation Motion to Quash Service of Process **filed JANUARY 6, 2013**, Defendant American Iowa Water (aka Iowa American Water) Motion to Dismiss **filed JANUARY 11, 2016**, Plaintiff also seeks Notice of Appeal of ASSISTANT U.S. ATTORNEY Mary Luxa's **MOTION FOR EXTENSION OF TIME filed JANUARY 12, 2016** to answer Plaintiff's Complaint, as asst. U.S. Attorney Mary Luxa is the Attorney for Defendants NASA and

DEPARTMENT OF DEFENSE by which JUDGE JOHN JARVEY made 'moot' in his **ORDER dated JANUARY 13, 2015.**

Date: January 22, 2016                    _____

Notary: Subscribed and sworn on January 22, 2015

_____

AMY M. EMERY
Commission Number 765036
My Commission Expires
10/05/2016

## CERTIFICATE OF SERVICE

I hereby certify that I am placing in the U.S. Mail a copy of this Notice to Appeal to ALL Defendants and/or Defendants Attorneys on January 22, 2016.

Dated: January 22, 2016                   _____

Notary: Subscribed and sworn on January 22, 2016

_____

AMY M. EMERY
Commission Number 765036
My Commission Expires
10/05/2016

MARY C. LUXA
ASST U.S. Attorney for Defendant NASA & DEPARTMENT OF DEFENSE
U.S. Courthouse Annex
   2nd Floor
110 E. Court Ave
Des Moines, Iowa 50309

United States Attorney's General
Department of Justice
Main Justice Building
10th & Constitution Avenue
Washington, DC 20530

Christopher Cardaci
Space Exploration Technologies
1030 15th St. N.W. Suite 220 E
Washington, D.C. 20005

Space Explorations Technologies (SPACE X)
1 Rocket Road
Hawthorne, California 90250

Phillip A Burian Attorney for APPLE INC
Simmons, Perrine, Moyer, Bergman, PLC
115 Third Street SE, Suite 1200
Cedar Rapids, Iowa 52401

Blackberry (Curve) Corporation
6700 Koll Center Parkway #200
Pleasanton, California 94566

Mark Weinhardt   Limited Appearance for Blackberry
2600 Grand Avenue Suite 450
Des Moines, Iowa 50312

Todd M Lantz   Limited Appearance for Blackberry
2600 Grand Ave Suite 450

Des Moines, Iowa 50312

Micheal R. Reck  Attorney for Virgin Mobile
666 Walnut Street Suite 200
Belin McCormick
Des Moines, Iowa 50309-3989

Kelsey J. Knowles   Attorney for Virgin Mobile
666 Walnut Street Suite 200
Belin McCormick
Des Moines,  Iowa  50309-3989

Espinola F. Cartmill   Attorney for Virgin Mobile
666 Walnut Street Suite 200
Belin McCormick
Des Moines, Iowa 50309


Terri L. Combs         Attorney for MCC Iowa, LLC, d/b/a/ Mediacom
Faegre Baker Daniels LLP
801 Grand Avenue 33rd Floor
Des Moines, Iowa 50309

Elizabeth J. Thompson   Attorney for MCC Iowa, LLC, d/b/a/ Mediacom
Faegre Baker Daniels LLP
801 Grand Avenue 33rd Floor
Des Moines, Iowa 50309

Dennis L. Pluckett for    Iowa American Water
6601 Westown Parkway Suite 200
West Des Moines, Iowa 50266

Amanda Ann Jones       Iowa American Water
6601 Westown Parkway Suite 200
West Des Moines, Iowa 50266