**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA**
**OFFICE OF THE CLERK**
**P. O. BOX 9344**
**DES MOINES, IA. 50306-9344**
**515-284-6248**

# Civil Case Notice of Appeal Supplement

<u>COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL</u>

**Case Name:** _____ vs. _____

**District Court Case #** ____:____- cv - _____

**Appeal Fee ($505.oo) Status   Pd___    IFP___    Pending ___    Govt. Appeal ___**

**Counsel  Appointed ____    CJA ____    Retained ____    Pro Se____**

**Appeal filed by   Counsel____    Pro Se____**

**Any reason why counsel should not be appointed** _____

**Pending post Judgment motions:   Yes___ No___**

**Type of Motion(s)** _____

**High Public Interest Case   Yes_____   No_____**

**Simultaneous Opinion Release Requested   Yes____   No____**

**Trial  Held   Yes_____   No_____**

**Jury Trial  Held   Yes_____   No_____**

**Court Reporter   Yes ____   No_____    Length of Trial _____**

**Reporter's  Name** _____

**Address** _____

_____

**Phone** _____

**Transcript Ordered   Yes_____   No_____**

<u>**Appealing:**</u>  **Order prior to final judgment ____    Final Judgment____**

**Completed Form "A" Enclosed   Yes_____   No____**