# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 04, 2016

Mr. Calvin Hammock
5106 Brown Street
Davenport, IA  52806

RE:  16-1301  Calvin Hammock v. NASA Headquarters, et al

Dear Mr. Hammock:

The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

YML

Enclosure(s)

cc:   Mr. Philip A. Burian
      Mr. Christopher Cardaci
      Ms. Espnola Cartmill
      Ms. Terri Combs
      Mr. Cameron A. Davidson
      Ms. Amanda A. James
      Ms. Kelsey J. Knowles
      Ms. Marjorie Krahn
      Mr. Todd M. Lantz
      Ms. Mary Clare Luxa

Mr. Dennis L. Puckett
Mr. Michael R. Reck
Mr. Mark E. Weinhardt

District Court/Agency Case Number(s):   3:15-cv-00111-JAJ