United States Court of Appeals

For the Eighth Circuit

_____

No. 16-1301

_____

Calvin Hammock

*Plaintiff - Appellant*

v.

NASA Headquarters; Department of Defense; Space Exploration Technologies Space X; Apple; Blackberry (Curve) Corporation; Virgin Mobile; Mediacom WiFi; American Water Iowa; Unknown Defendants

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: October 3, 2016
Filed: October 4, 2016
[Unpublished]

_____

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Calvin Hammock appeals after the district court[1] dismissed his pro se complaint. Upon careful review, we find no reason to reverse the dismissal order because, among other reasons, we agree with the district court that Hammock failed to state a claim upon which relief may be granted. See <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 678 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 570 (2007); <u>Kelly v. City of Omaha</u>, 813 F.3d 1070, 1075 (8th Cir. 2016) (de novo review). Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

---

[1] The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.