IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| CALVIN HAMMOCK,<br><br>    Plaintiff,<br><br>v.<br><br>NASA HEADQUARTERS; et al.,<br><br>    Defendants. | Case No. 3:15-cv-00111-CRW-CFB<br><br><br><br>NOTICE OF CHANGE OF FIRM NAME<br>AND ADDRESS |

Please take notice that, effective January 1, 2017, the firm formerly known as Weinhardt & Logan, P.C. has changed its name to The Weinhardt Law Firm. The email addresses for the undersigned counsel have changed and are now mweinhardt@weinhardtlaw.com and tlantz@weinhardtlaw.com. The firm's website is now www.weinhardtlaw.com. All other aspects of the firm's address and contact information remain the same.

THE WEINHARDT LAW FIRM

By /s/ Mark E. Weinhardt
    Mark E. Weinhardt    AT0008280
    Todd M. Lantz    AT0010162

2600 Grand Avenue, Suite 450
Des Moines, IA 50312
Telephone: (515) 244-3100
E-mail: mweinhardt@weinhardtlaw.com
    tlantz@weinhardtlaw.com

ATTORNEYS FOR DEFENDANT
BLACKBERRY (CURVE)
CORPORATION

- 2 -

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action electronically via CM/ECF and by serving a copy upon the parties below via U.S. Mail on ___1/4___, 2017:

Calvin Hammock
5106 Brown Street
Davenport, IA 52806

Signature: _____M. Baldus_____