# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 15, 2017

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

Re: Calvin Hammock
   v. NASA Headquarters, et al.
   No. 16-1050
   (Your No. 16-1301)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:** Ms. Marjorie Krahn

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** May 24, 2017

**RE:** 16-1301  Calvin Hammock v. NASA Headquarters, et al

District Court/Agency Case Number(s):   3:15-cv-00111-JAJ

___

     Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD